Kathleen R. Scanlan (SBN 197529)
kscanlan@kellergrover.com
**KELLER GROVER LLP**
1965 Market Street
San Francisco, CA 94103
Telephone: (415) 543-1305
Facsimile: (415) 543-7861

*Counsel for Relator [UNDER SEAL]*

[Additional Counsel Appear on Signature Page]

**FILED**

MAY 17 2022

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

DMR

CV22  2924

[UNDER SEAL],

Case No.:

Plaintiffs,

v.

[UNDER SEAL],

Defendant.

**COMPLAINT FOR VIOLATIONS OF THE FALSE CLAIMS ACT**

**JURY TRIAL REQUESTED**

*FILED UNDER SEAL AND IN CAMERA PURSUANT TO 31 U.S.C. § 3730(b)*

*DO NOT ENTER ON PACER*

*DO NOT PLACE IN PRESS BOX*

COMPLAINT – FILED UNDER SEAL AND IN
CAMERA PURSUANT TO 31 U.S.C. § 3730(b)

Case No.

Kathleen R. Scanlan (SBN 197529)
kscanlan@kellergrover.com
**KELLER GROVER LLP**
1965 Market Street
San Francisco, CA 94103
Telephone: (415) 543-1305
Facsimile: (415) 543-7861

*Counsel for Relator [UNDER SEAL]*

[Additional Counsel Appear on Signature Page]

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* LARRY GENE NICKELL, JR.; | Case No.: |
| STATE OF ALASKA *ex rel.* LARRY GENE NICKELL, JR.; | **COMPLAINT FOR VIOLATIONS OF THE FALSE CLAIMS ACT** |
| STATE OF CALIFORNIA *ex rel.* LARRY GENE NICKELL, JR.; | **JURY TRIAL REQUESTED** |
| STATE OF COLORADO *ex rel.* LARRY GENE NICKELL, JR.; | *FILED UNDER SEAL AND IN CAMERA PURSUANT TO 31 U.S.C. § 3730(b)* |
| STATE OF CONNECTICUT *ex rel.* LARRY GENE NICKELL, JR.; | *DO NOT ENTER ON PACER* |
| STATE OF DELAWARE *ex rel.* LARRY GENE NICKELL, JR.; | *DO NOT PLACE IN PRESS BOX* |
| DISTRICT OF COLUMBIA *ex rel.* LARRY GENE NICKELL, JR.; | |
| STATE OF FLORIDA *ex rel.* LARRY GENE NICKELL, JR.; | |
| STATE OF GEORGIA *ex rel.* LARRY GENE NICKELL, JR.; | |
| STATE OF HAWAII *ex rel.* LARRY GENE NICKELL, JR.; | |
| STATE OF ILLINOIS *ex rel.* LARRY GENE NICKELL, JR.; | |

COMPLAINT – FILED UNDER SEAL AND IN
CAMERA PURSUANT TO 31 U.S.C. § 3730(b)

Case No.

STATE OF INDIANA *ex rel.* LARRY GENE NICKELL, JR.;

STATE OF IOWA *ex rel.* LARRY GENE NICKELL, JR.;

STATE OF LOUISIANA *ex rel.* LARRY GENE NICKELL, JR.;

STATE OF MARYLAND *ex rel.* LARRY GENE NICKELL, JR.;

STATE OF MASSACHUSETTS *ex rel.* LARRY GENE NICKELL, JR.;

STATE OF MICHIGAN *ex rel.* LARRY GENE NICKELL, JR.;

STATE OF MINNESOTA *ex rel.* LARRY GENE NICKELL, JR.;

STATE OF MONTANA *ex rel.* LARRY GENE NICKELL, JR.;

STATE OF NEVADA *ex rel.* LARRY GENE NICKELL, JR.;

STATE OF NEW JERSEY *ex rel.* LARRY GENE NICKELL, JR.;

STATE OF NEW MEXICO *ex rel.* LARRY GENE NICKELL, JR.;

STATE OF NEW YORK *ex rel.* LARRY GENE NICKELL, JR.;

STATE OF NORTH CAROLINA *ex rel.* LARRY GENE NICKELL, JR.;

STATE OF OKLAHOMA *ex rel.* LARRY GENE NICKELL, JR.;

STATE OF RHODE ISLAND *ex rel.* LARRY GENE NICKELL, JR.;

STATE OF TENNESSEE *ex rel.* LARRY GENE NICKELL, JR.;

STATE OF TEXAS *ex rel.* LARRY GENE NICKELL, JR.;

COMPLAINT – FILED UNDER SEAL AND IN CAMERA PURSUANT TO 31 U.S.C. § 3730(b)

Case No.

STATE OF VERMONT *ex rel.* LARRY GENE NICKELL, JR.;

STATE OF VIRGINIA *ex rel.* LARRY GENE NICKELL, JR.; *and*

STATE OF WASHINGTON *ex rel.* LARRY GENE NICKELL, JR.,

               Plaintiffs,

       v.

PULMONX CORPORATION,

           Defendant.

COMPLAINT – FILED UNDER SEAL AND IN CAMERA PURSUANT TO 31 U.S.C. § 3730(b)

Case No.

**TABLE OF CONTENTS**

Page

ABBREVIATIONS & DEFINITIONS.................................................................................7

INTRODUCTION ................................................................................................................8

JURISDICTION AND VENUE.........................................................................................12

THE PARTIES ...................................................................................................................13

    I.      Relator.........................................................................................................13

    II.     Plaintiff United States of America .............................................................13

    III.    State Plaintiffs............................................................................................13

    IV.   Defendant Pulmonx Corporation ...............................................................15

STATUTORY AND REGULATORY BACKGROUND ...................................................15

    V.     The False Claims Act .................................................................................15

    VI.    The Federal Anti-Kickback Statute ...........................................................16

    VII.   Compliance With The Anti-Kickback Statute Is A Condition Of Payment .................. 18

    VIII.  The Relevant Government-Funded Healthcare Programs ........................... 19

        A. Medicare ...............................................................................................19

        B. Medicaid ...............................................................................................20

    IX.    Participation And Reimbursement Under Medicare And Medicaid Require Compliance With The Anti-Kickback Statute ................................................ 21

        A. Medicare and Medicaid Participation Requires Compliance with the AKS.............21

        B. Medicare and Medicaid Reimbursement Requires Compliance with the AKS........22

    X.     The DOJ Has Brought Civil Enforcement Actions Against Medical Device Manufacturers Engaged In "Practice-Building" Kickback Schemes............................ 30

BACKGROUND ON PULMONX, ITS PRODUCTS, AND ITS BUSINESS MODEL.............33

    XI.    Pulmonx's Three Products......................................................................... 33

        A. The Zephyr® Valve ..............................................................................33

        B. The Chartis® Pulmonary Assessment System .....................................35

        C. The StratX® Lung Analysis Platform ..................................................35

        D. The Zephyr Valve Is Associated with a High Risk of Adverse Events...................40

    XII.   Pulmonx's Average Revenue Per Patient Exceeds $10,000 And Average Reimbursement Rates for Zephyr Valve Procedures Are $11,000-$30,000 ................. 43

    XIII.  The Majority (75%) of Pulmonx Patients Are Covered By Medicare or Medicaid ...... 46

    XIV.  Pulmonx Has Focused Its Efforts to Market Zephyr Valves on Approximately 800 Interventional Pulmonologists at "500 High Volume Hospitals" in the U.S.......... 49

    XV.   Pulmonx's Competitors Offer Endobronchial Valves and CT Scan Diagnostics.......... 50

        A. The Olympus Spiration® Valve System Competes with the Zephyr® Valve ...........50

        B. Other Companies Offer Commercial CT Scan Diagnostics Services.......................51

    XVI.  Physician Referrals Account for 80% of Patients Receiving Zephyr Valves............... 52

PULMONX'S KICKBACK SCHEME..................................................................................53

XVII. Pulmonx's "Market Development Strategy" Relies on Financial Inducements—Including Free Datamining, Free Diagnostic Services, Free Marketing, Free Promotion, and Free Patient Outreach—to Create a "Referral Pipeline" to "Funnel" Patients from "Referring Physicians" to Treating Centers"............................ 53

    A.  Pulmonx "Datamines" Prescription Drug Data to Target Doctors Who Treat Patients with Emphysema and COPD ..................................................58

    B.  Pulmonx "Datamines" Patients' Medical Records to Target Patients Who the Company Can "Funnel" to Zephyr® Valve Treating Centers ....................59

    C.  Pulmonx's "Body Box Protocol" Datamines "Every PFT Performed" by Doctors to "Funnel" Patients to Zephyr Valve Treating Centers .........................60

    D.  Pulmonx Provides Doctors and Hospitals with Free StratX® Diagnostic Services to Incentivize Them to Funnel Patients to Treating Centers ......................65

    E.  Pulmonx Pays for "Patient Education Seminar[s]" to "Driv[e] Patients to the Treating Center[s]" ....................................................................................65

    F.  Pulmonx Pays for "Patient Educational Webinar[s]" and "Social Media Marketing" to Further "Funnel" Patients to Hospitals' Treating Centers................69

    G.  Pulmonx's "Work-Up Centers" Use Datamining, StratX®, and Free Marketing to Incentivize Doctors to Funnel Patients to Treating Centers................70

    H.  Pulmonx Hosts a Free "Physician Locator Website" to Reward Doctors Who Perform Three Zephyr® Valve Procedures with Free Marketing.....................73

    I.  Pulmonx Provides a Free "Reimbursement Support Program" to Incentivize Doctors and Hospitals to Funnel Patients to Zephyr® Valve Treating Centers ........74

    J.  Pulmonx Held a "2021 H1 Sales Contest" to "Motivate" Sales Reps to Implement the Company's "Key Market Development Tactics"........................76

    K.  In Exchange for Pulmonx's Free Practice-Building and Patient-Referral Services, Hospitals Purchase and Doctors Use the Zephyr Valve Almost Exclusively................................................................................................77

THE PARTICULAR FALSE CLAIMS .............................................................................79

NO PUBLIC DISCLOSURE BAR .....................................................................................79

CLAIMS FOR RELIEF.......................................................................................................82

PRAYER FOR RELIEF .......................................................................................................92

DEMAND FOR JURY.........................................................................................................92

## ABBREVIATIONS & DEFINITIONS

AKS .......................................................................................................Anti-Kickback Statute

BAA..........................................................................................Business Association Agreement

BLVR ...........................................................................Bronchoscopic Lung Volume Reduction

CEO .................................................................................................. Chief Executive Officer

CFO ................................................................................................... Chief Financial Officer

CME ................................................................................................ Continuing Medical Education

CMS...........................................................................Centers for Medicare & Medicaid Services

COPD ........................................................................Chronic Obstructive Pulmonary Disease

CPT Code ..........................................................................Current Procedural Terminology Code

CT ...................................................................................................... Computed Tomography

CV ..........................................................................................................Collateral Ventilation

DME .......................................................................................... Durable Medical Equipment

DOJ.......................................................................................... United States Department of Justice

DRG........................................................................................................Diagnosis Related Group

EBV ...................................................................................................... Endobronchial Valve

EMR ......................................................................................Electronic Medical Record(s)

FCA ...........................................................................................................False Claims Act

FDA .....................................................................................U.S. Food and Drug Administration

FFI .........................................................................................First Fulfillment Incorporated

ICD-10 PCS......International Classification of Diseases 10th Revision Procedure Coding System

IFU...............................................................................................................Instructions for Use

IPPS...........................................................................Inpatient Prospective Payment System

LCD ..........................................................................................Local Coverage Determination

MAC ...................................................................................... Medicare Administrative Contractor

MAO.......................................................................................... Medicare Advantage Organization

MS-DRG…………………………… ............................ Medicare Severity-Diagnosis Related Group

NCD.......................................................................................... National Coverage Determination

PES ............................................................................................ Patient Education Seminars

PFT ....................................................................................................Pulmonary Function Test

PHI.............................................................................................Protected Health Information

ROI .................................................................................................Return on Investment

RT ......................................................................................................... Radiology Technician

SoC .......................................................................................................... Standard of Care

## INTRODUCTION

1.     Relator Larry Gene Nickell, Jr., ("Relator"), a former employee of Defendant Pulmonx Corporation ("Pulmonx" or the "Company"), brings this *qui tam* action seeking damages and civil monetary penalties on behalf of the United States of America and the states of Alaska, California, Colorado, Connecticut, Delaware, Florida, Georgia, Hawaii, Illinois, Indiana, Iowa, Louisiana, Maryland, Massachusetts, Michigan, Minnesota, Montana, Nevada, New Jersey, New Mexico, New York, North Carolina, Oklahoma, Rhode Island, Tennessee, Texas, Vermont, Virginia, and Washington, as well as the District of Columbia (collectively, the "State Plaintiffs") pursuant to the federal False Claims Act ("FCA"), 31 U.S.C. §§ 3729 *et seq.*; the Anti-Kickback Statute ("AKS"), 42 U.S.C. § 1320a-7b; and analogous state laws, against Pulmonx for engaging in the practice-building and patient-referral kickback scheme described herein to artificially drive sales of the Company's medical devices at the expense of federal and state government healthcare payers including Medicare and Medicaid.

2.     Pulmonx offers only three interrelated products:  (1) the Zephyr® Endobronchial Valve (the "Zephyr Valve" or "Zephyr"); (2) the Chartis® Pulmonary Assessment System (the "Chartis System" or "Chartis"); and (3) the StratX® Lung Analysis Platform (the "StratX Platform" or "StratX"). *See* § XI, *infra*.  The Zephyr Valve is Pulmonx's primary product and has generated most of the Company's revenues since receiving approval from the U.S. Food and Drug Administration ("FDA") in June 2018.  The Zephyr Valve is a device designed to treat patients with emphysema by implanting the device into the patient's lung through an inpatient procedure performed by an interventional pulmonologist at a hospital.  During this procedure, one or multiple Zephyr Valves are placed in the patient's lung to prevent air from flowing into those areas of the lungs (the "lobe") that are most diseased with emphysema and redirect the air to less diseased areas.  These one-way valves allow trapped air to escape during exhalation; but during inhalation, the valves close to prevent air from re-entering the targeted lobe.  The intended result is a reduction in lung volume and hyperinflation in the targeted lobe, allowing healthier

COMPLAINT – FILED UNDER SEAL AND IN          8          CASE NO.
CAMERA PURSUANT TO 31 U.S.C. § 3730(b)

parts of the lung to expand and take in more air.[1]

3. The Chartis System and StratX Platform are diagnostic tools designed to help doctors determine whether a patient qualifies for a Zephyr Valve procedure. *See* § XI. Sales of the Chartis System account for a smaller amount of Pulmonx's revenue. *See* § XI.B. Importantly, however, Pulmonx makes no revenue from its StratX Platform because the Company provides this service to doctors and hospitals entirely "free of charge." *See* § XI.C.

4. Since receiving FDA-approval, Pulmonx has marketed the Zephyr Valve nationwide. For each Zephyr Valve procedure performed, Pulmonx generates, on average, more than $10,000 in revenue. In 2021, Pulmonx generated approximately $48.4 million in revenue, of which $25.0 million was generated from the sale of products in the United States. As of October 26, 2021, "over 100,000 [Zephyr] valves [had been] used to treat more than 25,000 patients."[2] Doctors and hospitals are reimbursed between $11,000 and $30,000 for each Zephyr Valve procedure, after taking into account the related required diagnostic tests and mandatory minimum three-night inpatient hospital stay. *See* § XII.

5. The vast majority (75%) of patients that undergo Zephyr Valve procedures are covered by Medicare and Medicaid, which reimburse Pulmonx's hospital customers who purchase the Company's products and perform the expensive assessment and inpatient surgical procedures required to diagnose and surgically implant Zephyr Valves into patients' lungs. Of this 75%, approximately 50% of Pulmonx patients are covered by traditional Medicare and Medicaid, and the remaining 25% of patients are covered by managed Medicare or Medicaid. *See* § XIII.

6. Because Zephyr Valves can only be implanted by an interventional pulmonologist

---

[1] The Zephyr Valve procedure is associated with a high risk of serious adverse events—most commonly pneumothorax (collapsed lung), which one study found occurs in 26.6% of patients. Given the high rates of serious adverse events, all patients must stay in the hospital for a minimum of three nights after undergoing the Zephyr Valve implementation procedure. *See* § XI.D.

[2] Pulmonx Corp., News Release, "Pulmonx to Report Third Quarter 2021 Financial Results on November 2, 2021" (Oct. 26, 2021), available at https://investors.pulmonx.com/news-releases/news-release-details/pulmonx-report-third-quarter-2021-financial-results-november-2.

COMPLAINT – FILED UNDER SEAL AND IN CAMERA PURSUANT TO 31 U.S.C. § 3730(b)          9          CASE NO.

pursuant to a bronchoscopic procedure in a hospital, Pulmonx focuses its marketing efforts in the United States on targeting approximately 800 interventional pulmonologists at "500 high volume hospitals." *See* § XIV.  Referrals from other doctors to these interventional pulmonologists account for 80% of patients who ultimately undergo Zephyr Valve procedures. *See* § XVI.  To drive these referrals, Pulmonx employs more than 50 sales representatives.

7.  However, Pulmonx's marketing efforts go far beyond merely increasing doctor and patient awareness of its products.  Rather, the Company has adopted and implemented a deliberate "market development strategy" that seeks to create a "patient referral pipeline" that "funnels" patients from "referring physicians" to "treating centers" for Zephyr Valve procedures. *See* § XVII.  To build this patient-referral "pipeline," Pulmonx has developed an array of free or highly subsidized services that operate to benefit, incentivize and ultimately build the practices of the doctors and hospitals that the Company relies on to drive referrals and procedures.  In other words, rather than rely on doctors to devote their own time, money and resources to identify patients for the Zephyr Valve procedure, physicians instead receive—***at zero cost to their practices***—a steady stream of eligible patients generated through Pulmonx's proprietary marketing, data mining and diagnostic tools.  Stated another way (and as described more fully below), Pulmonx's provision of ***free*** patient-matching services—an illegal remuneration or kickback under the federal AKS—violates the FCA because it induces physicians to prescribe the Company's Zephyr Valve product.[3] *Id.*

8.  ***First***, Pulmonx purchases data regarding the drugs that doctors across the country have been prescribing to patients, and "datamines" that data to identify and target those doctors and hospitals that treat the greatest number of emphysema patients. *See* § XVII.A.

9.  ***Second***, Pulmonx instructs its sales reps to ask these doctors and hospitals to provide the Company access to all of their patients' medical records—including all patients' prior pulmonary function tests ("PFT")—and asks doctors and hospitals to allow Pulmonx to "retrospective[ly] . . . datamin[e]" those medical records in order to identify patients with

---

[3] All emphases (bold/italicized) are added unless otherwise indicated.

COMPLAINT – FILED UNDER SEAL AND IN     10                     CASE NO.
CAMERA PURSUANT TO 31 U.S.C. § 3730(b)

emphysema. *See* § XVII.B.

10. **Third**, Pulmonx also "prospective[ly] datamine[s]" for patients by using its "Body Box Protocol." This refers to "body plethysmography," a type of PFT. In essence, the Company asks doctors and hospitals for access to all new, incoming patients' PFT test results on an ongoing basis. Then, Pulmonx sales reps comb through these test results to identify potential candidates to receive free diagnostic service on the Company's cloud-based StratX Platform, followed by potential referral to Zephyr Valve Treating Centers. Indeed, a Pulmonx sales representative in Texas wrote that this protocol enabled him to put "*weekly identified patients in the Zephyr folder and directly onto a [doctor's] desk*" and that "*identified [PFT] patients [were] emailed directly to [another doctor] . . . on a weekly basis*" and "*funneled into [that doctor's] program!*" *See* § XVII.C.

11. **Fourth**, Pulmonx financially subsidizes each and every Zephyr Valve referral and procedure by providing referring and treating doctors and hospitals with a cloud-based quantitative computed tomography ("CT") analysis service—the StratX Platform—entirely "*free of charge*." *See* § XVII.D.

12. **Fifth**, the Company financially incentivizes doctors and hospitals to refer and perform Zephyr Valve procedures by subsidizing Patient Education Seminars ("PES") which drive patients to Treating Centers. *See* § XVII.E.

13. **Sixth**, Pulmonx also pays for "Patient Educational Webinar[s]" and "Social Media Marketing" to further "funnel" patients to Zephyr Valve Treating Centers. *See* § XVII.F.

14. **Seventh**, the Company rewards doctors who perform at least three Zephyr Valve procedures with free marketing by listing them on the Company's "Physician Locator Website." *See* § XVII.H.

15. **Eighth**, Pulmonx uses "Work-Up Centers" to datamine for patients and funnel those patients from referring doctors to Treating Centers. *See* § XVII.G.

16. **Ninth**, Pulmonx's Reimbursement Support Program is a free service the Company provides to referring physicians and hospitals to handle the billing of third-party payers (such as Medicare and Medicaid) for Zephyr Valve implantation procedures, Chartis assessment, and other

"Pre-Procedure Work-Up" such as "Body Plethysmography" (i.e., Body Box testing). *See* § XVII.I.

17.    *Tenth*, Pulmonx held a "2021 H1 [i.e., first-half of 2021] Sales Contest" to "motivate" sales reps to implement the Company's "key market development tactics." *See* § XVII.J.

18.    *Finally*, Relator has first-hand experience that as a result of the myriad of free practice-development, free patient-referral, and free patient-diagnostic services that Pulmonx provides to doctors and hospitals, these doctors and hospitals agree to purchase and use the Company's Zephyr Valves (rather than the competition's product(s) and service(s)) on an essentially exclusive basis, thereby allowing Pulmonx to capture the vast majority of the market share of the endobronchial valve ("EBV") market. *See* § XVII.K.

19.    Over the last several years, the United States Department of Justice ("DOJ") has prioritized enforcement efforts to go after the same kind of "practice-building" schemes Pulmonx is using, and recovered more than $100 million from the medical device manufacturers that have engaged in these kickback schemes. *See* § X. As in those past cases, Pulmonx's "key market development tactics," considered collectively, constitute an illegal practice-building kickback scheme that artificially inflates referrals, sales, and procedures involving the Zephyr Valve, the majority of which are ultimately paid for by the government.

## JURISDICTION AND VENUE

20.    All Counts of this Complaint are civil actions by Relator, acting on behalf of and in the name of the United States and the State Plaintiffs, against Pulmonx under the federal False Claims Act, 31 U.S.C. §§ 3729-3733, and analogous state false claims laws.

21.    This Court has jurisdiction over the claims brought on behalf of the United States pursuant to 28 U.S.C. §§ 1331 and 1345, and 31 U.S.C. § 3732(a).

22.    This Court has jurisdiction over the state law claims alleged herein under 31 U.S.C. § 3732(b). In addition, the Court has supplemental jurisdiction over the claims brought on behalf of the State Plaintiffs under 28 U.S.C. § 1367.

23.    The FCA provides that an action under 31 U.S.C. § 3730 may be brought "in any

judicial district in which . . . any one defendant can be found, resides, transacts business, or in which any act proscribed by section 3729 occurred." 31 U.S.C. § 3732(a). Pulmonx transacts business in this judicial district, among other things.

24. Accordingly, this Court has personal jurisdiction over Pulmonx, and venue is appropriate in this district. 31 U.S.C. § 3732(a). Venue is also proper under 28 U.S.C. § 1391.

## THE PARTIES

### I. Relator

25. Relator Nickell is a citizen of the United States and a resident of Kansas. Relator Nickell was employed by Pulmonx as a Territory Manager (i.e. sales representative) engaged in selling Zephyr Valves from January 2019 until May 31, 2021.

### II. Plaintiff United States of America

26. Relator brings this action on behalf of the United States pursuant to the qui tam provisions of the federal FCA, 31 U.S.C. § 3729 *et seq.*

27. On behalf of the United States, Relator seeks recovery for damages to federally-funded health insurance programs, including, but not limited to, Medicare and Medicaid. The Centers for Medicare and Medicaid Services ("CMS") of the U.S. Department of Health & Human Services funds and oversees the joint federal-state funded Medicaid programs for the financially needy.

### III. State Plaintiffs

28. Relator brings this action on behalf of the above-defined State Plaintiffs. *See* ¶ 1, *supra*. Relator brings this action under the *qui tam* provisions of the following false claims laws of the State Plaintiffs: Alaska Stat. Ann. § 09.58.010 *et seq.*; California False Claims Law, Cal. Gov. Code § 12650 *et seq.*; California Insurance Frauds Prevention Act, Cal. Ins. Code § 1871 *et seq.*; Colorado Medicaid False Claims Act, Col. Rev. Stat. 25.5-4-303.5 through 25.5-4-310; Connecticut Gen. Stat. § 4-274 *et seq.*; the Delaware False Claims and Reporting Act, 6 Del. C. § 1201 *et seq.*; the District of Columbia's False Claims Act, D.C. CODE §§ 2 381.01 *et seq.*; Florida False Claims Act, Fla. Stat. §§ 68.081-68.09; Georgia State False Medicaid Claims Act, Ga. Code Ann. § 49-4-168, *et seq.*; Hawaii False Claims Law, HRS § 661-21 *et seq.*; Illinois

Whistleblower Reward & Protection Act, 740 ILCS 175/1 *et seq*.; Illinois Insurance Claims Fraud Prevention Act, 740 ILCS 92/1 *et seq*.; Indiana False Claims & Whistleblower Protection Law, Ind. Code § 5-11-5.5.-1 *et seq*.; Iowa False Claims Act, Iowa Code § 685.1 *et seq*.; Louisiana Qui Tam Action Act, La. R.S. 46:438.1 *et seq*.; Maryland False Health Claims Act, Md. Code Ann. Health-Gen. § 2-601 *et seq*.; Massachusetts False Claims Law, Mass. Gen. Laws Ann. ch. 12, § 5A *et seq*.; Michigan Medicaid False Claims Act, Mich. Comp. Laws Ann. § 400.601, *et seq*.; Minnesota False Claims Act, Minn. Stat. § 15C.01 *et seq*.; Montana False Claims Act, Mont. Code Ann. § 17-8-401 *et seq*.; Nevada Submission of False Claims to State or Local Government Act, Nev. Rev. Stat. Ann. § 357.010 *et seq*.; the New Jersey False Claims Act, N.J. Stat. Ann. § 2A:32C-1 *et seq*.; New Mexico Medicaid False Claims Act, N.M. Stat. Ann. § 27-14-1 *et seq*.; New Mexico Fraud Against Taxpayers Act, N.M. Stat. Ann. § 44-9-1 *et seq*.; New York False Claims Act, N.Y. State Fin. Law § 187 *et seq*.; North Carolina False Claims Act, N.C. Gen. Stat. Ann. § 1-605 *et seq*.; Oklahoma Medicaid False Claims Act, Okla. Stat. Ann. tit. 63, § 5053.1 *et seq*.; Rhode Island False Claims Act, R.I. Gen. Laws Ann. § 9-1.1-1 *et seq*.; Tennessee Medicaid False Claims Act, Tenn. Code Ann. § 71-5-181 *et seq*.; Texas False Claims Act, Tex. Hum. Res. Code Ann. § 36.001 *et seq*.; Vermont False Claims Act, Vt. Stat. Ann. tit. 32, § 630 *et seq*.; Virginia Fraud Against Taxpayers Act, Va. Code Ann. § 8.01-216.1 *et seq*.; and the Washington Health Care False Claim Act, Wash. Rev. Code Ann. § 48.80.010 *et seq*. On behalf of the State Plaintiffs, Relator seeks recovery for damages caused by the submission of false claims to state-funded health insurance programs, including but not limited to: (i) the federal-state Medicaid programs that are jointly funded by the United States and the State Plaintiffs; and (ii) other state health insurance programs that cover some or all of the costs of the products that Pulmonx sold as part of its illegal Kickback Scheme. Under the California Insurance Frauds Prevention Act[4] and Illinois Insurance Claims Fraud Prevention Act,[5] Relator seeks recovery for damages caused by the submission of false claims to private insurers.

---

[4] *See* California Insurance Code § 1871 *et seq*.

[5] *See* 740 Ill. Comp. Stat. 92/1 *et seq*.

**IV.    Defendant Pulmonx Corporation**

29.    Defendant Pulmonx Corporation is a Delaware corporation with corporate headquarters at 700 Chesapeake Drive, Redwood City, California 94063. Pulmonx offers three interrelated products: the Zephyr Valve, the Chartis System, and the StratX Platform. Pulmonx completed an initial public offering in October 2020, after which it has been a publicly traded company, trading on the NASDAQ stock exchange with the ticker symbol "LUNG." Pulmonx has a market capitalization of approximately $891 million. In 2021, Pulmonx generated approximately $48.4 million in revenue, of which $25.0 million was generated from the sale of products in the United States. Since December 2014, Pulmonx's Chief Executive Officer ("CEO") has been Glendon E. French ("French").

## STATUTORY AND REGULATORY BACKGROUND

**V.    The False Claims Act**

30.    The federal FCA provides:

[Any] person who—

(A) knowingly presents, or causes to be presented, a false or fraudulent claim for payment or approval;

(B) knowingly makes, uses, or causes to be made or used, a false record or statement material to a false or fraudulent claim; . . .

(G) knowingly makes, uses, or causes to be made or used, a false record or statement material to an obligation to pay or transmit money or property to the Government, or knowingly conceals or knowingly and improperly avoids or decreases an obligation to pay or transmit money or property to the Government,

is liable to the United States Government . . . .

31 U.S.C. § 3729(a)(1).

31.    The FCA defines "claim" to include any request or demand, whether under contract or otherwise, for money that is made to an agent of the United States or to a contractor if the money is to be spent to advance a government program or interest and the government provides or will reimburse any portion of the money. 31 U.S.C. § 3729(b)(2). Requests for reimbursement submitted to the Government-Funded Healthcare Programs, as defined in this case, are all considered "claims" for purposes of the FCA.

COMPLAINT – FILED UNDER SEAL AND IN          15          CASE NO.
CAMERA PURSUANT TO 31 U.S.C. § 3730(b)

32.     The FCA defines "knowingly" to mean actual knowledge, deliberate ignorance of truth or falsity, or reckless disregard of truth or falsity. Specific intent to defraud is not required. 31 U.S.C. § 3729(b)(1).

33.     The FCA also imposes liability on any person who knowingly makes, uses, or causes to be made or used, a false record or statement material to a false or fraudulent claim (a "false statement"). 31 U.S.C. § 3729(a)(1)(B). The FCA defines "material" to mean having a natural tendency to influence, or be capable of influencing, the payment or receipt of money or property. 31 U.S.C. § 3729(b)(4).

34.     The federal AKS prohibits the payment or solicitation of any form of remuneration (directly or indirectly, overtly or covertly) in exchange for the referral of an item or service payable under the Government-Funded Healthcare Programs. 42 U.S.C. § 1320a-7b(b). Claims for reimbursement for products or services that result from kickbacks automatically constitute false claims under the FCA:

> a claim [for reimbursement] that includes items or services resulting from a violation of this section [of the AKS] constitutes a false or fraudulent claim for purposes of [the FCA].

42 U.S.C. § 1320a-7b(g). *See also Mark ex rel. United States v. Shamir USA, Inc.*, 2022 WL 327475 (9th Cir. Feb. 3, 2022) ("The payment of illegal kickbacks is a violation of the FCA.") (citing 42 U.S.C. § 1320a-7b(g).)

35.     In addition, the FCA provides for the award of treble damages and civil penalties for knowingly submitting, or causing the submission of, false or fraudulent claims for payment to the Government or for making or using false statements material to false or fraudulent claims paid for by the Government. 31 U.S.C. § 3729(a)(1)(2).

**VI.    The Federal Anti-Kickback Statute**

36.     The federal AKS, enacted as Section 1128B(b) of the Social Security Act, 42 U.S.C. § 1320a-7b(b), prohibits persons from offering, paying, soliciting, or receiving illegal remuneration "in return for purchasing, leasing, ordering, or arranging for or recommending purchasing, leasing, or ordering any good, facility, service, or item for which payment may be made in whole or in part under a Federal health care program." 42 U.S.C. §§ 1320a-7b(b)(1)(B)

COMPLAINT – FILED UNDER SEAL AND IN         16              CASE NO.
CAMERA PURSUANT TO 31 U.S.C. § 3730(b)

and (2)(B). The types of illegal remuneration covered specifically include kickbacks, rebates, and bribes, whether paid directly or indirectly, overtly or covertly, in cash or in kind. 42 U.S.C. §§ 1320a-7b(b)(1) and (2). The terms "good," "item," and "service" as used in the statute include Pulmonx's Zephyr Valve. Several of the State Plaintiffs have analogous anti-kickback statutes. *See, e.g.*, Cal. Bus. & Prof. Code § 650; Fla. Stat., Ch. 409.920(2)(c).

37. The AKS covers any arrangement in which at least "one purpose" of the remuneration is to induce another to recommend or arrange for the purchasing, leasing or ordering of goods, services, or items that will be paid for by a federal health program, even if other motivations are also present. *See, e.g.*, *United States v. Hong*, 938 F.3d 1040, 1043, 1048 (9th Cir. 2019) (affirming "jury convictions for health care fraud" and noting that "anti-kickback statute requires only that 'one purpose of the payment' be to induce future referrals, 'even if the payments were also intended to compensate for professional services'") (quoting *United States v. Kats*, 871 F.2d 105, 106-08 (9th Cir. 1989)).

38. Federal regulations, codified at 42 C.F.R. § 1001.952, identify certain narrowly defined financial transactions known as "safe harbors" that do not come within the prohibitions of the AKS. Persons or entities relying on the safe harbor exceptions to avoid liability under the AKS have the burden of affirmatively proving their strict compliance with all conditions set forth in the statutory exceptions. None of the "safe harbors" cover the violations of the AKS described in this Complaint.

39. The rationale for the AKS's strict rules prohibiting kickbacks is based upon sound policy concerns. Congress created the AKS as a way to prevent arrangements in the healthcare field that can lead to (a) the distortion of medical decision making, (b) the overutilization of services and supplies, (c) unfair competition which freezes out competitors who are unwilling to pay kickbacks, and (d) increased costs for Government Funded Healthcare Programs. Illegal kickbacks can also adversely affect the quality of patient care by encouraging the ordering of services or products based on personal profit rather than the patient's best medical interest.

40. Put succinctly, the AKS "seeks to ensure that referrals will be based on sound medical judgment and that healthcare professionals will compete for business based on quality

and convenience, instead of paying for referrals."[6]

41.     To protect the integrity of the Federal Government Funded Healthcare Programs from such difficult-to-detect harms, Congress enacted the AKS as a per se prohibition against the payment or receipt of kickbacks in any form.  Thus, paying or receiving kickbacks violates the AKS regardless of whether the particular kickback actually gives rise to the harm the statute is intended to prevent, such as the harm that comes from the distortion of medical decision making or the overutilization of government-run healthcare.  *See* 65 Fed. Reg. 59,434 and 59,440.

**VII.     Compliance With The Anti-Kickback Statute Is A Condition Of Payment**

42.     Since 2010, any "claim that includes items or services resulting from a violation" of the AKS "constitutes a false or fraudulent claim for purposes of [the FCA]." 42 U.S.C. § 1320a-7b(g).

43.     Compliance with the AKS is a condition of payment by federal programs such as Medicare, Medicaid, FEHBP, TRICARE, or CHAMPUS.  Violation of the AKS can subject the perpetrator to exclusion from participation in federal health care programs and to civil monetary penalties.  42 U.S.C. §§ 1320a-7a(a), 1320a-7b(g).  Violation of the AKS can also form the basis for a claim under the FCA.  42 U.S.C. § 1320a-7b(g).  Compliance with the AKS is a necessary condition to the right of all health care providers, to receive or retain payments from the Medicare, Medicaid, CHAMPUS, and TRICARE programs.

44.     Compliance with the federal AKS and the state AKS is material to the governments' decisions to pay claims for reimbursement.   Therefore, any claim for reimbursement for a product or service "resulting from a violation" of the AKS "constitutes a false or fraudulent claim for purposes of" the federal and state false claims acts.  42 U.S.C. § 1320a-7b(g); *see also United States v. Berkeley Heartlab, Inc.*, No. CV 9:14-230-RMG, 2017 WL 6015574, at *2 (D.S.C. Dec. 4, 2017) (instructing jury as a matter of law that "AKS compliance is material to payment decisions in all cases").

---

[6] HHS-OIG Advisory Opinion No. 12-06, at 7 (May 25, 2012), https://oig.hhs.gov/fraud/docs/advisoryopinions/2012/AdvOpn12-06.pdf.

## VIII.   The Relevant Government-Funded Healthcare Programs

### A.   Medicare

45.    Medicare is a federally-operated health insurance program administered by CMS benefiting individuals 65 and older and the disabled. *See* 42 U.S.C. § 1395c *et seq.* It is the nation's largest health insurance program, covering more than 50 million Americans.

46.    Medicare is divided into four parts:  Medicare Parts A, B, C, and D; three of which, Parts A, B, and C, are relevant to this case.  That is because Medicare Parts A, B, and C cover and pay, in a variety of different ways, for the entire cost of the Zephyr Valves at issue in this case.  Parts A, B, and C also pay for the many expensive medical procedures that come along with the use of Zephyr Valves.  Thus, Medicare Parts A, B, and C pay for the inpatient surgical procedure in which an interventional pulmonologist implants one or more Zephyr Valves (under Part A, the cost of the Zephyr Valve is included in the cost of the surgery); they pay for the numerous diagnostic tests that are needed to qualify a patient for implantation of a Zephyr Valve (procedures done by the "Pulmonx Work-up Centers" and the "Zephyr Treatment Centers"); they pay for the numerous follow-up physician visits and tests that follow implantation of a Zephyr Valve, and they pay for the treatment and care of the patients who suffer from the serious and, unfortunately quite common, adverse medical events that arise from the use of Zephyr Valves.

47.    Medicare Parts A and B are known as "traditional" or "original" Medicare. Generally speaking, Part A covers inpatient healthcare services, such as treatment and care that takes place in a hospital, and Part B covers outpatient services, such as doctor's office visits and outpatient diagnostic tests as well as independent physicians performing procedures in a hospital.

48.    Under Medicare Parts A and B, CMS reimburses healthcare providers using a fee-for-service system.  Providers submit claims for reimbursement directly to CMS for healthcare services actually rendered.  For example, if a surgical procedure is performed at a hospital on a patient with traditional Medicare, the hospital will submit a bill for the service to Medicare under Part A.  Similarly, if a physician performs a diagnostic test on a patient in his or her office, the physician will submit a bill for the service to Medicare under Part B.  CMS then pays the providers directly for each service based on payment rates pre-determined by the Government. *See* § IX.B.,

*infra*, for a further discussion of Medicare reimbursement under Parts A and B.

49.    Medicare Part C, commonly known as the Medicare Advantage ("MA") Program, is an all-in-one alternative to traditional Medicare.  Under Part C, Medicare beneficiaries may opt out of Medicare Parts A and B and instead enroll in MA plans and receive healthcare services managed by those plans.  The MA plans are run by Medicare Advantage Organizations ("MAOs"), which are often private insurers.  *See* 42 C.F.R. §§ 422.2, 422.503(b)(2).  MAOs usually contract with hospital networks, physician groups, and other providers, such as Pulmonx, to furnish healthcare services to the beneficiaries enrolled in their plans.

50.    MAOs contract with CMS to administer Part C benefits under a managed-care model rather than traditional Medicare's fee-for-service model.  The MAOs are required by statute to provide the same level of service as is available through traditional Medicare.  *See* 42 U.S.C. § 1395w-22(a)(1) (MA plans shall provide to enrollees items and services for which benefits are available under Parts A and B with similar cost-sharing limitations).  All the protections and regulations applicable to original Medicare apply to the practices of the MAOs.

51.    Pursuant to their contracts with CMS, the MAOs are paid a fixed, monthly capitated rate based on the number of Medicare beneficiaries they service and the geographic location, income status, gender, age, and health status of those beneficiaries.  The private insurance plans offered through the MA Program are paid for in full by federal government funds.  *See* § IX.B., *infra*, for a further discussion of Medicare reimbursement under Part C.

**B.    Medicaid**

52.    The Medicaid program was created in 1965 as part of the Social Security Act.  It authorizes federal grants to states for medical assistance to low-income, blind, or disabled persons, or members of families with dependent children or qualified pregnant women or children.  The Medicaid program is jointly financed by federal and state governments.  CMS administers Medicaid on the federal level.  Within broad federal rules, each state decides its program's eligible groups, types, range of services, payment levels, and administrative and operating procedures.

53.    Under Medicaid, the states directly pay doctors, hospitals, pharmacies,

laboratories, and many other types of healthcare providers, including manufacturers and suppliers of medical devices, such as Pulmonx, for their goods and services. Payments are set according to conditions and rates established by each particular state's Medicaid program. The states obtain the federal share of the payments made by the states to the healthcare providers from accounts which draw on the United States Treasury. *See* 42 U.S.C. § 396 *et seq.*; 42 C.F.R. §§ 430.0-430.30.

54. The Medicaid programs of the State Plaintiffs cover the relevant Pulmonx products, goods and services at issue in this case. The federal share of each State Plaintiffs' Medicaid expenditures varies by state. Medicaid's participation and reimbursement requirements and practices closely align with the specific rules and regulations for government reimbursement under Medicare. *See ¶¶ 27-28, 31, 50-53, supra; see also ¶¶ 55-78, infra.*

**IX.    Participation And Reimbursement Under Medicare And Medicaid Require Compliance With The Anti-Kickback Statute**

**A.    Medicare and Medicaid Participation Requires Compliance with the AKS**

55. All healthcare providers—including Pulmonx's hospital customers—who wish to participate in Medicare must first enroll in the program. Form CMS-855, or its electronic equivalent, is the appropriate Medicare Enrollment Application form that all healthcare providers must use to enroll in Medicare. The form is used to establish a healthcare provider's eligibility to participate in the Medicare program. Once eligibility is established and the provider is enrolled in Medicare, every five years each provider must revalidate its enrollment by completing and submitting another Form CMS-855.

56. Each Form CMS-855[7] contains a Certification Statement which the healthcare provider must sign when it enrolls in Medicare and again each time the provider seeks to revalidate its enrollment. This certification, among other things, states that signing the document

---

[7] *See* DHHS CMS "MEDICARE ENROLLMENT APPLICATION" - "INSTITUTIONAL PROVIDERS" ("CMS-855A" (07/11)), available at https://www.cms.gov/Medicare/CMS-Forms/CMS-Forms/Downloads/cms855a.pdf.

COMPLAINT – FILED UNDER SEAL AND IN CAMERA PURSUANT TO 31 U.S.C. § 3730(b)     21     CASE NO.

"legally and financially binds [the healthcare] provider to the laws, regulations, and program instructions of the Medicare program." *Id.* at 49. By signing the statement, the healthcare provider also certifies that it has read the information provided in the enrollment form and that the information is "true, correct, and complete" and that the provider takes on a duty to correct any information subsequently found not to be true, correct or complete. *Id.*

57. The Certification Statement found in Section 15 of Form CMS-855A, *id.* at 48, also contains the following language which is directly on point to the allegations of this Complaint:

> 3. I agree to abide by the Medicare laws, regulations and program instructions that apply … I understand that payment of a claim by Medicare is conditioned upon the claim and the underlying transaction complying with such laws, regulations and program instructions (including, but not limited to, the Federal [AKS] . . .) . . .
>
> * * *
>
> 6. I will not knowingly present or cause to be presented a false or fraudulent claim for payment by Medicare, and I will not submit claims with deliberate ignorance or reckless disregard of their truth or falsity.

58. As demonstrated throughout this Complaint, the certifications that Pulmonx's hospital customers have made on their Forms CMS-855A submissions were false when submitted because the claims for reimbursement that these hospitals have submitted to Medicare and Medicaid for Pulmonx's relevant Zephyr Valve procedures and related diagnostic services were tainted by the kickbacks alleged herein.

**B.    Medicare and Medicaid Reimbursement Requires Compliance with the AKS**

59. **Medicare Part A Reimbursement**. Medicare Part A reimburses hospitals for items and services provided to beneficiaries during inpatient stays through fixed, bundled payments on a per discharge basis under the Inpatient Prospective Payment System ("IPPS"). 42 U.S.C. § 1395ww(d); 42 C.F.R. §§ 412.1, 412.60. Under IPPS, inpatient services are reimbursed at a fixed amount based upon the Medicare Severity-Diagnosis Related Group ("MS-DRG") classification of the inpatient stay, rather than on the costs of the specific items and services provided to the particular patient. *See* 42 C.F.R. §§ 412.1, 412.2, 412.60. The MS-DRG payment classification assigned to a particular patient stay depends on, among other things, the characteristics of the patient, his or her medical conditions, how long the patient stays in the

hospital, and which procedures were performed on the patient during the stay. 42 C.F.R. § 412.60. The MS-DRG payment constitutes payment in full for all inpatient items and services provided to the patient. 42 C.F.R. §§ 412.2(b), 412.50(a).

60.    The primary MS-DRG classifications used by hospitals to obtain reimbursement for Zephyr Valve implantation procedures are MS-DRG 163 (Major Chest Procedures with Major Complications or Comorbidities ("MCC")), MS-DRG 164 (Major Chest Procedures with Complications or Comorbidities ("CC")), and MS-DRG 165 (Major Chest Procedures without CC/MCC). The average Medicare Part A reimbursements for these classifications range from $32,000 to $12,000 per classification. Medicare intends the payments for these MS-DRGs to be sufficient reimbursement to cover the cost to the hospital for the endobronchial procedure, including the cost incurred to purchase the Zephyr Valve from Pulmonx.

61.    Under Medicare Part A, hospitals must submit annual reports to CMS on Form CMS-2552, *see* 42 C.F.R. § 413.20(b), a form more commonly known as a hospital cost report. The cost report contains, among other things, provider information such as facility characteristics, utilization data, and the costs and charges incurred by the hospital for the year in total and also broken out for Medicare Part A patients. Thus, with respect to Medicare Part A patients, the cost to the hospital to purchase the Zephyr Valve (the product, not the procedure) will be listed in the annual cost reports of those hospitals that have performed the procedure on a Medicare Part A patient.

62.    The Form CMS-2552 (the cost report) is the final claim that hospitals submit to fiscal intermediaries—the private non-governmental entities called Medicare Administrative Contractors ("MACs"), who act as agents of CMS and the Government—for items and services rendered to Medicare beneficiaries. Importantly for this case, each Form CMS-2552 contains a mandatory certificate of compliance, which includes the following certification, confirming that the hospital's services were not provided or procured through the payment of a kickback:

> PART –I - CERTIFICATION *BY A CHIEF FINANCIAL OFFICER OR ADMINISTRATOR OF PROVIDER(S)*

MISREPRESENTATION OR FALSIFICATION OF ANY INFORMATION CONTAINED IN THIS COST REPORT MAY BE PUNISHABLE BY CRIMINAL, CIVIL AND ADMINISTRATIV[E] ACTION, FINE AND/OR IMPRISONMENT UNDER FEDERAL LAW. FURTHERMORE, IF SERVICES IDENTIFIED IN THIS REPORT WERE PROVIDED OR PROCURED THROUGH THE PAYMENT DIRECTLY OR INDIRECTLY OF A **KICKBACK** OR WERE OTHERWISE ILLEGAL, CRIMINAL, CIVIL AND ADMINISTRATIVE ACTION, FINES AND/OR IMPRISONMENT MAY RESULT.

CERTIFICATION BY CHIEF FINANCIAL OFFICER OR ADMINISTRATOR OF PROVIDER(S)

I HEREBY CERTIFY that I have read the above certification statement and that I have examined the accompanying electronically filed or manually submitted cost report and submitted cost report and the Balance Sheet and Statement of Revenue and Expenses prepared by _____ {Provider Name(s) and Number(s)} for the cost reporting period beginning _____ and ending _____ and to the best of my knowledge and belief, this report and statement are true, correct, complete and prepared from the books and records of the provider in accordance with applicable instructions, except as noted. *I further certify that I am familiar with the laws and [regulations] regarding the provision of health care services, and that the services identified in this cost report were provided in compliance with such law[s] [and] regulations.*

CMS-2552.10.[8]

63.    Pulmonx has been quite successful at securing payments from hospitals under Medicare Part A. The Company has a Reimbursement Team that works closely with the hospitals to obtain coverage and reimbursement for the Zephyr Valve. The Reimbursement Team, along with Pulmonx management, negotiates contracts with the hospitals (in consultation with the interventional pulmonologists who work at the hospitals) for the sale of Zephyr Valves to the hospitals. The hospitals and the interventional pulmonologists then use the Zephyr Valves in implantation procedures on Medicare Part A patients who qualify for the procedure. The hospitals bill Medicare Part A using the MS-DRG classifications 163-165, depending on the severity of any complications or comorbidities. The hospitals then list the cost of the Zephyr Valves in their annual cost reports and certify that none of the items in the report were the result of a kickback

---

[8] Available at https://www.cms.gov/Regulations-and-Guidance/Guidance/Manuals/Paper-Based-Manuals-Items/CMS021935 ("Chapter 40-(T17) -- Hospital & Hospital Health Care (Form CMS-2552-10) (ZIP)").

COMPLAINT – FILED UNDER SEAL AND IN          24          CASE NO.
CAMERA PURSUANT TO 31 U.S.C. § 3730(b)

or a violation of the AKS. The cost report certifications are false, as explained throughout the Complaint, because of the extensive kickback scheme orchestrated by Pulmonx: The Company provides pre-screened patients cost-free to hospitals and interventional pulmonologists in exchange for their use of the Zephyr Valve.

64.     The problem for the hospitals is that the cost of the Zephyr Valve is high—so high that the payment the hospital receives under the MS-DRG classifications 163-165 barely covers the hospital's costs to perform the procedure. It leaves little in the way of profit for the hospital. The Reimbursement Team, however, is very good at showing the hospitals how the "downstream" revenue from performing Zephyr Valve implantation procedures more than makes up for the sparse margins on the procedure itself. The Reimbursement Team sells the hospitals on the fact that the "downstream" revenue (a term the Reimbursement Team uses to promote the profitability of their product) will be a good profit center for the hospital, more than making up for the high cost of the valves.

65.     By "downstream" revenue, Pulmonx means the extensive follow-up care needed by a substantial percentage of patients who receive the Zephyr Valve. As described below, *see* § XI.D., *infra*, there is a very high risk of adverse events associated with implantation of the Zephyr Valve. Pulmonx admits that as many as 44% of patients receiving a Zephyr Valve experience serious respiratory adverse events. Most serious of all, a pneumothorax (collapsed lung) occurs in 26% of patients who receive a Zephyr Valve and usually develops within the first 3 days after the procedure. For this reason, *all patients* who receive a Zephyr Valve are required to remain in the hospital for the first 3 nights following the procedure. The most common adverse event (higher than 26%) is pneumonia distal to the valves, a serious problem that often requires extensive hospitalization. In addition to pneumonia and pneumothorax, Pulmonx acknowledges that complications of the Zephyr Valve procedure also include, but are not limited to, worsening of COPD symptoms, hemoptysis, and dyspnea—all conditions that many times require extensive hospitalization.

66.     Put bluntly, Pulmonx has been extremely successful at selling its Zephyr Valves to hospitals by selling them on the fact that almost half of the patients who undergo the

implantation procedure will develop serious adverse events that will require the patient to stay in the hospital for extended periods of time and undergo other expensive procedures as an in-patient at the hospital. Also, Pulmonx sells the hospitals on the fact that all patients who receive a Zephyr Valve are required to spend three nights in the hospital following the implantation procedure. The adverse events and 3-night stay are profit centers for the hospital because, for Medicare Part A patients, Medicare will separately reimburse the hospitals for these stays and procedures, all paid by Medicare in addition to the MS-DRG payment for the implantation procedure itself.

67.    **Medicare Part B Reimbursement**. Healthcare providers who bill Medicare for Part B outpatient services must submit a Medicare Health Insurance Claim Form, known as a Form CMS-1500, or its electronic equivalent, for each specific product or service for which the provider seeks reimbursement. This form requires certain specific information that must be provided in order to receive payment. Among other things, it requests the NPI number of the healthcare provider, the beneficiary's name, date of service, location of service, type of service, the appropriate HCPCS code, and the proper diagnostic code. A completed Form CMS-1500 must identify with specificity the healthcare service or product that has been provided to the patient.[9]

68.    Medicare Part B applies in this case to, among other things, the doctors who performed outpatient procedures and diagnostic tests on potential candidates for the Zephyr Valve. Some of this work took place by physicians at Pulmonx's "Work-Up Centers," which are described below, *see* § XVII.G., *infra*. Medicare Part B will also apply to independent physicians performing procedures in a hospital.

69.    Critically, each and every Form CMS-1500 contains a certification that must be signed by the healthcare provider in order for CMS to pay the Medicare Part B claim. This

---

[9] A blank Form CMS-1500 is available for review online at https://www.cms.gov/Medicare/CMS-Forms/CMS-Forms/Downloads/CMS1500.pdf.

certification, among other things, states:[10]

> I certify that: 1) the information on this form is true, accurate, and complete; 2) I have familiarized myself with all applicable laws, regulations, and program instructions, …; 3) I have provided or will provide sufficient information required to allow the government to make an informed eligibility and payment decision; 4) this claim, whether submitted by me or on my behalf by my designated billing company, *complies with all applicable Medicare and/or Medicaid laws, regulations, and program instructions for payment including but not limited to the Federal anti-kickback statute* . . . .

70. As with the certifications found in the hospital cost reports, the Form CMS-1500 certifications are also false because the services are the result of Pulmonx's extensive kickback scheme.

71. Upon receipt of a properly completed and certified Form CMS-1500, CMS reimburses Medicare providers with payments taken from the Medicare Trust Fund, a Government account supported by American taxpayer money. CMS does not handle the reimbursements itself; rather, it contracts with the MACs, who act as agents of CMS and the Federal Government. The MACs review, approve, and ultimately pay the claims for reimbursement submitted by healthcare providers. 42 U.S.C. § 395h; 42 C.F.R. §§ 421.3, 421.100.

72. **Medicare Part C Reimbursement**. Under Medicare Part C, private insurers offer MA plans under a managed-care model of service (such as an HMO or PPO) rather than the fee-for-service model used in Medicare Parts A and B. The Medicare Part C private insurers are called MAOs and they contract directly with CMS to administer Part C benefits equivalent to those services and products covered by Parts A and B. *See* § VIII.A., *supra*. As is typical of managed-care health plans in general, CMS pays the MAOs a fixed, monthly capitated rate based on the number of Medicare beneficiaries they service and the geographic location, income status, gender, age, and health status of those beneficiaries (for example, the sicker the beneficiary, the

---

[10] *See* "HEALTH INSURANCE CLAIM FORM", approved "OMB-0938-1197 FORM 1500 (02-12)", available at https://www.cms.gov/Medicare/CMS-Forms/CMS-Forms/Downloads/CMS1500.pdf.

COMPLAINT – FILED UNDER SEAL AND IN CAMERA PURSUANT TO 31 U.S.C. § 3730(b)          27          CASE NO.

more money CMS pays per month for that beneficiary). The MAOs pay for the Part C beneficiaries' healthcare out of the capitated payments they receive from CMS. What the MAOs do not spend on their enrolled patients' healthcare, the MAOs may keep for themselves as profit.

73. The MAOs' contractual obligations with CMS and Medicare's rules and regulations require that MAOs have proper systems in place to ensure they only pay for services that are determined to be medically necessary and reasonable based on objective medical criteria. *See* 42 C.F.R. § 422.101 (requiring MAOs to comply with original Medicare coverage guidelines, which include payment only for services that are medically necessary); 42 C.F.R. § 422.504 (requiring MAOs to provide all benefits covered by Medicare in a manner consistent with professionally recognized standards of health care).

74. Since the MAOs are simply insurance companies, the MAOs must enter into contracts with actual healthcare providers to provide the healthcare services and products its enrolled Medicare beneficiaries need. For example, in the present case, MAOs have entered into contracts with numerous hospitals and physician groups across the country which provide the services necessary to qualify a patient for implantation of a Zephyr Valve; to pay for the implantation of Zephyr Valves, and to pay for the substantial follow-up care needed by the high percentage of Zephyr Valve patients who suffer from serious adverse medical events. Most importantly, all of the major MAOs in the country, including the largest, United Healthcare, have also entered into contracts with Pulmonx for the purchase of Zephyr Valves to be used, when needed, in implantation procedures.

75. Contracts between MAOs and healthcare providers are subject to many regulatory requirements. For one thing, the MAO contracts with providers, including Pulmonx, must include a provision requiring that any services or other activities performed by such providers are consistent and comply with the MAO's contractual obligations with CMS. 42 C.F.R. § 422.504(i)(3)(iii). For another thing, the MAO's contracts with providers, including Pulmonx, must also include accountability provisions, including the requirement that providers and their subcontractors must "comply with all applicable Medicare laws, regulations, and CMS instructions" such as, among other things, the AKS and the FCA. 42 C.F.R. § 422.504(i)(4)(v).

The providers who contract with the MAOs, including Pulmonx, must also agree to receive effective compliance training and education relating to preventing fraud, waste, and abuse, including the applicability of the AKS and FCA. 42 C.F.R. § 422.503(b)(4)(vi)(C)(1). In addition, MAOs receiving Federal payments under MA contracts, and contractors—such as Pulmonx—who are paid by a MAO to fulfill its obligations under its MA contract with CMS are subject to all of the laws applicable to individuals and entities receiving Federal funds, such as, where applicable, the FCA and the AKS.

76.    Accordingly, pursuant to the rules and regulations governing the implementation of Medicare Part C, as well as the contractual obligations and certifications contained in (i) the contracts between CMS and the MAOs and (ii) the contracts between the MAOs and the healthcare providers themselves (including Pulmonx), the prohibitions of the AKS apply to all of the services provided under Medicare Part C in this case, including all aspects of the qualification, implantation, and follow-up care associated with the Zephyr valve—just as they do with respect to Medicare Parts A and B. Any certifications made in the Medicare Part C contracts described above, certifications which claim that the services were not the result of a kickback or a violation of the AKS, are false for the same reason that the Part A and Part B certifications are false—because the services are the result of Pulmonx's extensive kickback scheme.

77.    Despite the high cost of the Zephyr Valve, the high cost to the hospitals for the implantation procedure, a mandatory minimum three-night stay in the hospital, and the expensive "downstream" care for the substantial number of patients who experience serious adverse events following the procedure, Pulmonx has been extremely successful in securing contracts with Medicare Part C MAOs for the sale of its Zephyr Valves. Pulmonx, with the crucial assistance of its Reimbursement Team, has entered into contracts with most of the major MA plans in the country, including United Healthcare, the largest MAO.

78.    When negotiating with the MAOs, Pulmonx and the Reimbursement Team have pushed the concept that by paying for Zephyr Valves and their implantation, the "downstream" effects of the Zephyr Valve will end up making the MAOs' contracts to purchase Zephyr Valves an overall profitable endeavor for the MAOs. Upon information and belief, Relator alleges that

COMPLAINT – FILED UNDER SEAL AND IN          29                    CASE NO.
CAMERA PURSUANT TO 31 U.S.C. § 3730(b)

the high percentage of patients who develop serious, adverse medical events from the procedure allows for the MAOs to obtain increased revenue from CMS.

X.    **The DOJ Has Brought Civil Enforcement Actions Against Medical Device Manufacturers Engaged In "Practice-Building" Kickback Schemes**

79.    In the last several years, the government has increasingly brought civil enforcement actions against medical device manufactures for engaging in "practice-building" kickback schemes in violation of the AKS and FCA.  In such cases, medical device manufacturers seek to artificially boost their sales by financially incentivizing health care providers (doctors and hospitals) to purchase, prescribe, and use their products by providing them with free or discounted practice development and market development services and support.  As a result of these illegal kickbacks, these unscrupulous companies obtain unfair advantages over their competitors (who do not engage in practice-building kickbacks) and the Government (through Medicare and Medicaid) pays for these artificially incentivized products to an extent it otherwise would not, and instead of competitors' products not tainted by kickbacks.

80.    By one estimate, "[i]n 2020, DOJ recovered at least $30,000,000 in settlements from medical device manufacturers and biotechnology companies that allegedly provided support to physician practices and hospitals that were intended to induce or reward use of their products."[11]    Indeed, as the examples discussed below show, in the last several years, the DOJ has recovered more than $100 million from medical device manufacturers that engaged in illegal "practice-building" kickback schemes that involved many practices similar to those used by Pulmonx.

81.    For example, on October 14, 2020, the DOJ announced a $18 million settlement with Merit Medical Systems Inc. ("MMSI").[12]    "The settlement announced today resolves

_____

[11] Allison DeLaurentis, Miranda Hooker, and Michael S. DePrince, "Anti-Kickback Statute Enforcement Year in Review and Outlook for 2021" (Feb. 1, 2021), available at https://www.troutman.com/insights/anti-kickback-statute-enforcement-year-in-review-and-outlook-for-2021.html#_PracticeBuilding.

[12] See https://www.justice.gov/opa/pr/medical-device-maker-merit-medical-pay-18-million-settle-allegations-improper-payments (announcing settlement of *United States ex rel. Wolf v. Merit Medical Sys., Inc.*, No. 2:16-cv-01855-CCC-MF (D.N.J.).).

COMPLAINT – FILED UNDER SEAL AND IN    30    CASE NO.
CAMERA PURSUANT TO 31 U.S.C. § 3730(b)

allegations that, for over six years, MMSI engaged in a kickback scheme to pay physicians, medical practices, and hospitals to induce their use of MMSI products in medical procedures performed on Medicare, Medicaid, and TRICARE beneficiaries. Under the guise of an internal program known as the Local Advertising Program, MMSI allegedly provided remuneration to healthcare providers in the form of millions of dollars in *free advertising assistance, practice development, practice support*, and purported unrestricted 'educational' grants to induce the healthcare providers to purchase and use a wide variety of MMSI products." *Id.*

82.    On September 22, 2020, the DOJ announced a $11.5 million settlement with Bio-Reference Laboratories, Inc. ("BRL").[13]  The press release described how "in violation of the [AKS], BRL knowingly and willfully offered and paid remuneration, in the form of *a percentage of the cost of electronic medical records software, to physicians based on the volume of business generated by those physicians in order to induce them to use BRL's services*. The [AKS] prohibits medical service providers, such as testing facilities, from paying any remuneration to providers in order to induce them to refer medical services." *Id.*

83.    On January 15, 2020, the DOJ announced a $37.5 million settlement with ResMed Corp. ("ResMed").[14]  According to the Government, "[t]he settlement resolves allegations that ResMed (a) provided [durable medical equipment ("DME")] companies with *free telephone call center services and other free patient outreach services* that enabled these companies to order resupplies for their patients with sleep apnea, (b) provided sleep labs with *free and below-cost positive airway pressure masks and diagnostic machines, as well as free installation of these machines*, (c) arranged for, and fully guaranteed the payments due on, interest-free loans that DME suppliers acquired from third-party financial institutions for the purchase of ResMed equipment, and (d) provided non-sleep specialist physicians *free home sleep testing devices*

---

[13] *See* https://www.justice.gov/usao-sdny/pr/acting-manhattan-us-attorney-announces-115-million-settlement-biotech-testing-company (announcing settlement of *United States v. Bio-Reference Labs., Inc.*, No. 1:10-cv-04212-GBD (S.D.N.Y.) following government's intervention).

[14] *See* https://www.justice.gov/opa/pr/resmed-corp-pay-united-states-375-million-allegedly-causing-false-claims-related-sale (announcing settlement of "five lawsuits originally brought by whistleblowers under the qui tam, or whistleblower, provisions of the [FCA]" including *United States, et al., ex rel. Ross v. ResMed, Inc.*, No. 16-CV-1988-W (JLB) (S.D. Cal.)).

COMPLAINT – FILED UNDER SEAL AND IN              31                          CASE NO.
CAMERA PURSUANT TO 31 U.S.C. § 3730(b)

referred to as 'ApneaLink.'" *Id.*

84. On March 11, 2019, the DOJ and U.S. Attorney's Office for the Northern District of California announced a $17 million settlement with Covidien LP ("Covidien").[15] The press release described how "[t]he United States alleged that Covidien violated the [AKS] and, correspondingly, the [FCA] by *providing practice development and market development support to health care providers* located in California and Florida from Jan.1, 2011, through Sept. 30, 2014, to induce those providers to purchase ClosureFAST™ radiofrequency ablation catheters that were billed to Medicare and to the California and Florida Medicaid programs. ClosureFAST™ catheters are used in procedures that treat venous reflux disease, a disease often marked by the presence of varicose veins. The *practice and market development support* Covidien provided included *customized marketing plans for specific vein practices; scheduling and conducting 'lunch and learn' meetings and dinners with other physicians to drive referrals to specific vein practices; and providing substantial assistance to specific vein practices in connection with planning, promoting, and conducting vein screening events to cultivate new patients for those practices*." *Id.*

85. On March 23, 2016, the DOJ announced a $34.8 million settlement with Respironics Inc. ("Respironics").[16] According to the press release, "Respironics allegedly *provided DME companies with call center services to meet their patients' resupply needs at no charge* as long as the patients were using masks that Respironics manufactured; otherwise, the DME companies would have to pay a monthly fee based on the number of patients who used masks manufactured by a competitor of Respironics." *Id.*

86. As discussed below, Pulmonx's illegal "practice-building" kickback scheme is

---

[15] *See* https://www.justice.gov/opa/pr/covidien-pay-over-17-million-united-states-allegedly-providing-illegal-remuneration-form (announcing settlement of *United States ex rel. Hayes v. Covidien, Inc.*, No. C 14-1511-EDL (N.D. Cal.), and *United States ex rel. Howerton v. Covidien*, No. C 15-0559-EDL (N.D. Cal.)).

[16] *See* https://www.justice.gov/opa/pr/respironics-pay-348-million-allegedly-causing-false-claims-medicare-medicaid-and-tricare (announcing settlement of *United States ex rel. Ameer v. Philips Elecs. North Am.*, No. 2:14-cv-2077-PMD (D.S.C.)).

substantially similar to these precedential enforcement actions.

**BACKGROUND ON PULMONX, ITS PRODUCTS, AND ITS BUSINESS MODEL**

87.    Pulmonx "derive[s] substantially all [of its] revenue from the sale of [its] products to hospitals and distributors."[17]   Pulmonx "market[s] and sell[s] [its] products through a direct sales organization in the United States . . . ." *Id.* As of November 2021, Pulmonx had "54 total territories . . . active across the U.S."—each with its own territory manager (i.e., sales rep); had established "198 treating centers in the U.S."; and expected to establish "at least 200 Zephyr Valve treating centers in the U.S. by year-end."[18]

### XI.    Pulmonx's Three Products

88.    Pulmonx's only commercial product is actually a suite of three interrelated products:  the Zephyr Valve, the Chartis System, and the StratX Platform.  Pulmonx "generate[s] most of [its] revenue from the sales of Zephyr Valves and delivery catheters." *See supra* note 17. Pulmonx "also generate[s] a smaller amount of [its] revenue from [its] Chartis System, which is comprised of sales of the balloon catheters, usage fees and sales of the Chartis console." *Id.* "The StratX Platform, while used to identify patients eligible for treatment with Zephyr Valves, ***does not independently generate any revenue for [the Company]***." *Id.*

89.    Pulmonx's CEO, French, succinctly described the Company's products as follows: "[Zephyr Valves] . . . allow the air to exit a target region of the lung, but don't allow it to go back in and we have a couple different patient, identification tools [i.e., the Chartis System and StratX Platform] that help us really identify the patients that are most likely to benefit and which positively impacts our responder rate."[19]

### A.    The Zephyr® Valve

90.    The Zephyr Valve is Pulmonx's primary product.  Pulmonx "generate[s] most of

---

[17] Pulmonx Corp., Annual Report (Form 10-K), at 121 (Mar. 1, 2022).

[18] Pulmonx Corp., Q3 2021 Earnings Call, at 3 (Nov. 2, 2021) (Transcript).

[19] Canaccord Genuity's 41st Annual Growth Conference, at 2 (Aug. 12, 2021) (Transcript).

COMPLAINT – FILED UNDER SEAL AND IN          33          CASE NO.
CAMERA PURSUANT TO 31 U.S.C. § 3730(b)

[its] revenue from the sales of Zephyr Valves and delivery catheters."[20]  The Zephyr Valve "is an implantable device used to occlude all airways feeding the hyperinflated lobe of a lung that is most diseased with emphysema.  These one-way valves comprised of nitinol and silicone allow trapped air to escape during exhalation, but close to prevent air from re-entering during inhalation.  This allows atelectasis of the treated lobe and reduction in target lobe volume.  The remaining lobes are then able to expand more fully and work more efficiently, reducing pressure on the diaphragm and improving overall lung function and breathing mechanics."[21]

91.    "Zephyr Valves are indicated for bronchoscopic treatment of adult patients with hyperinflation associated with severe emphysema in regions of the lung that have little to no collateral ventilation ["CV"]."[22]  "During the one-time bronchoscopic procedure, Zephyr Valves are placed in the airways to occlude the most diseased parts of the lung, allowing trapped air to escape until the lobe is reduced in size." *Id.*  "The intended result is a reduction in lung volume and hyperinflation in the targeted lobe, allowing healthier parts of the lung to expand and take in more air.  Patients who are successfully treated with the Zephyr Valve report improved breathing and the ability to go back to doing everyday tasks more easily." *Id.*






---

[20] Pulmonx Corp., Annual Report (Form 10-K), at 8 (Mar. 1, 2022).

[21] *See* https://pulmonx.com/treat-copd/#how-it-works.

[22] Pulmonx Corp., Annual Report (Form 10-K), at 7 (Mar. 1, 2022).

COMPLAINT – FILED UNDER SEAL AND IN CAMERA PURSUANT TO 31 U.S.C. § 3730(b)    34    CASE NO.

92.    The Zephyr Valve was approved by the FDA in June 2018. As of October 26, 2021, "over 100,000 [Zephyr] valves [had been] used to treat more than 25,000 patients."[23]

**B.    The Chartis® Pulmonary Assessment System**

93.    "The Chartis System is a proprietary balloon catheter and console system with flow and pressure sensors designed to assess the presence of [CV] and to accurately predict responders to Zephyr Valve treatment."[24] "Airflow and pressure are displayed on the console of the Chartis System allowing for a measurement of [CV] in the targeted lobe." *Id.* at 17.



94.    Pulmonx "generate[s] a smaller amount of [its] revenue from [its] Chartis System, which is comprised of sales of the balloon catheters, usage fees and sales of the Chartis console." *Id.* at 8. Each time a hospital uses the Chartis System, Pulmonx receives an additional fee of $500 per patient, which is charged to the hospital; alternatively, hospitals may purchase the Chartis System for $25,000.

**C.    The StratX® Lung Analysis Platform**

95.    "The StratX Platform is a cloud-based quantitative CT analysis service that provides physicians with an easy-to-read report that we designed for our solution ('StratX Lung Report') that includes information on emphysema destruction, fissure completeness and lobar volume to help identify target lobes for treatment with Zephyr Valves. The StratX Platform is

---

[23] Pulmonx Corp., News Release, "Pulmonx to Report Third Quarter 2021 Financial Results on November 2, 2021" (Oct. 26, 2021), available at https://investors.pulmonx.com/news-releases/news-release-details/pulmonx-report-third-quarter-2021-financial-results-november-2.

[24] Pulmonx Corp., Annual Report (Form 10-K), at 16 (Mar. 1, 2022).

COMPLAINT – FILED UNDER SEAL AND IN          35                     CASE NO.
CAMERA PURSUANT TO 31 U.S.C. § 3730(b)

designed to enable physicians to:"[25]

- Screen treatment candidates non-invasively;

- Prioritize between multiple potential treatment targets, if applicable;

- Enhance case planning and optimize procedure time; and

- Educate themselves and their patients using the simple to read StratX Lung Report.

*Id.*

96.    "In order to make the StratX Platform available to physicians, [Pulmonx] contract[s] with a third-party cloud service provider.  This third-party cloud service enables physicians to upload CT scan data while removing protected health information ('PHI') of patients from that data, in case the physicians have, inadvertently, not removed the PHI themselves."  *Id.*  Pulmonx "also contract[s] with additional third-party service providers to analyze the CT scan data using their proprietary software, and provide quantitative results via the StratX Lung Report.  The StratX Lung Report is then made available to physicians in the third-party cloud service."  *Id.*  Pulmonx "provide[s] exclusive access to physicians to their StratX accounts and cases and monitor this CT scan upload and analysis process to ensure quality control."  *Id.*

97.    Pulmonx introduced StratX as a new product in September 2016.  In its announcement, the Company described how "[p]reviously, physicians ruled out many patients for EBV treatment based on a subjective review" of their patients' "computed tomography (CT) scans."[26]  But with the new "StratX service," Pulmonx "now enables physicians to reliably and efficiently identify patients . . . who will likely benefit from EBV treatment . . . ."  *Id.*  Thus, Pulmonx explained that "[t]he StratX service provides measurements that will make it easier to identify the patients most likely to benefit from EBV treatment."  *Id.*  Specifically, the press release stated:

---

[25] *Id.* at 14.

[26] Pulmonx Corp., Press Release:  "New Stratx Lung Analysis Platform From Pulmonx Enables Confident and Rapid Patient Selection for Zephyr® Endobronchial Valve Treatment" (Sept. 1, 2016), available at https://pulmonx.com.au/media/2016-media-releases/09/fda-approves-zephyr-endobronchial-valve-for-treating-severe-emphysema-2-2-2-2-2-3-2-3/.

COMPLAINT – FILED UNDER SEAL AND IN          36                    CASE NO.
CAMERA PURSUANT TO 31 U.S.C. § 3730(b)

*Previously, physicians ruled out many patients for EBV treatment based on a subjective review* of their lung fissures (the divisions between the lobes), on *computed tomography (CT) scans*. This subjectivity left many patients untreated who might have benefitted.

In fact, up to 50 percent of emphysema patients who are eligible for some form of intervention may benefit from EBV treatment. Furthermore, before the StratX system, all potential patients had to undergo an additional procedure to evaluate their eligibility.

*The StratX service now enables physicians to reliably and efficiently identify patients* with complete fissures (above 95 percent complete) *who will likely benefit from EBV treatment*, and those with incomplete fissures (below 80 percent) who will likely not benefit, reserving additional diagnostic procedures for patients with ambiguous fissure completeness (between 80 to 95 percent complete).

"The Zephyr EBV should be considered a first-line treatment for properly selected patients with severe emphysema based on its robust clinical evidence, minimally invasive approach and reversibility. However, despite its proven effectiveness, it has been time-intensive to identify the right patients for treatment," said Professor Felix Herth, MD, of the Thoraxklinik at the University of Heidelberg. *"The StratX service provides measurements that will make it easier to identify the patients most likely to benefit from EBV treatment."*

To use the StratX service to pre-screen patients, a physician uses a web browser to securely upload an anonymized CT scan to the cloud. The StratX service then uses validated algorithms to produce a user-friendly report identifying patients as likely responders for EBV treatment and likely non-responders. For patients with partially complete fissures, the CT scan is considered inconclusive and a screening procedure using the Chartis System is recommended.

98.    Pulmonx gives away its StratX service to doctors and hospitals *entirely for free*. As the Company has explained, "[t]he StratX Platform, while used to identify patients eligible for treatment with Zephyr Valves, *does not independently generate any revenue for us*."[27]

99.    That Pulmonx provides StratX "free of charge" was also confirmed by Dr. Alfonso Fiorelli in an article discussing a study of "cloud-based quantitative CT analysis that uses the StratX software . . . ." According to Dr. Fiorelli, "[a]ctually, the [StratX] software is provided free of charge by PulmonX . . . ."[28]

---

[27] Pulmonx Corp., Annual Report (Form 10-K), at 121 (Mar. 1, 2022).

[28] Fiorelli A, Poggi C, Anile M, Cascone R, Carlucci A, Cassiano F *et al.* Visual analysis versus quantitative CT analysis of interlobar fissure integrity in selecting emphysematous patients for endobronchial valve treatment. Interact CardioVasc Thorac Surg 2018; doi:10.1093/icvts/ivy340.

COMPLAINT – FILED UNDER SEAL AND IN CAMERA PURSUANT TO 31 U.S.C. § 3730(b)    37    CASE NO.

100. On August 3, 2021, during Pulmonx's Q2 2021 earnings call, CEO French explained that the StratX report "is a real good indicator" of whether a patient meets the criteria to receive the Zephyr Valve and that "about 80%" of "StratX green light patients . . . get valves":[29]

> *StratX is a real good indicator of – we call them StratX green light patients. So basically, you have a patient who meets sort of treatment criteria. You take their CT data. You run it through StratX. StratX says they've got a better than 80% complete fissure. And the patient gets scheduled. And – I mean after you go through the process. If there are – most of the patients are Medicare patients.* So about 50% of our patients just – they go ahead and schedule a procedure. And about 50 – 25% of our patients are managed Medicare, so they got – and/or commercial patients, so they got to go through a process. 95% of the time, they're popping out of that or better. They're popping out of that process with a green light.
>
> *. . . But StratX green light patients are a really good indicator of future patients that are going to get – that are going to end up getting treated. And about 80% of them get valves.*

101. Pulmonx "identif[ies] . . . patients . . . by taking that standard diagnostic CT scanning data and dropping it into a quantitative CT analysis software program [i.e., StratX] which helps [Pulmonx] identify the completeness of the divisions between those lobes and understand how much hyperinflation is there in a given lobe, how much volume is there, how much tissue destruction is there, and how complete is that fissure or division between the lobes, helping us to both identify patients that are most likely to benefit and also treatment plan."[30]

102. The Company's CEO has described StratX as a "central adjudicator" and stated, "I'm super excited about the increasing value that we're realizing out of our StratX not only in terms of identifying the patients that are most likely to benefit from our treatment and using it as a treatment planning tool but we're also rolling out right now a post assessment tool that helps us understand in the small number of patients that don't benefit from our treatment . . . ."[31]

103. The Company's CEO has also explained that the StratX system is useful for Pulmonx's referring doctors and hospital customers that Pulmonx provides the service to for free because "all [living] emphysema patients today are diagnosed . . . by CT scan" and Pulmonx

---

[29] Pulmonx Corp., Q2 2021 Earnings Call, at 13 (Aug. 3, 2021) (Transcript).

[30] Stifel Virtual Healthcare Conference, at 3 (Nov. 16, 2020) (Transcript).

[31] Canaccord Genuity's 41st Annual Growth Conference, at 7-8 (Aug. 12, 2021) (Transcript).

"use[s] [its] StratX system to take that same CT scan data download it in and identify whether the patients are going to be a good candidate for our treatment":[32]

> . . . all emphysema patients today are diagnosed either by CT scan or autopsy. . . . So, the CT scan data are part of the diagnosis, specifically a patient with emphysema has a bunch of tissue destruction, shortness of breath as a result and so, they'll do a chest scan[,] they'll look at the density of someone's lung tissue against normative values, determine whether the density is far less and if it is, then the patient almost certainly have to do that they're a former smoker has emphysema.
>
> And so, we are able to use our StratX system to take that same CT scan data download it in and identify whether the patients are going to be a good candidate for our treatment or not. And if they are, then they go down the path toward our treatment . . . .

104.    Pulmonx's CEO has described StratX as "a quantitative CT analysis package which helps us identify the completeness of the division between the lobes" and which "enable[s] us to identify the patients that are most likely to benefit from valves and in order to plan our treatment."[33]  A presentation illustrates how a patient's "CT Scan" is uploaded into the StratX "[c]loud-based" platform, which generates a "StratX Report":[34]



**StratX® Analysis Helps Determine Eligible Lobes**

CT Scan    Cloud Upload    StratX Report

- Cloud-based quantitative analysis of CT Scan
- First line evaluation for:
  - Volume
  - Tissue Destruction
  - Fissure completeness — an indicator for collateral ventilation
- Identifies potential lobe(s) for Chartis® Evaluation and Zephyr® Valve treatment

105.    An internal September 2019 PowerPoint presentation also describes how a

---

[32] Morgan Stanley 19th Annual Global Healthcare Conference, at 9 (Sept. 13, 2021) (Transcript).

[33] Canaccord Genuity's 41st Annual Growth Conference, at 4 (Aug. 12, 2021) (Transcript).

[34] Pulmonx Corp., Q3 2020 Earnings Call Presentation, at 10 (Nov. 10, 2020); Pulmonx Corp., Q3 2021 Earnings Call Presentation, at 10 (Nov. 2, 2021).

COMPLAINT – FILED UNDER SEAL AND IN       39       CASE NO.
CAMERA PURSUANT TO 31 U.S.C. § 3730(b)

"[p]hysician uses Web-browser to upload anonymized CT scan to secure cloud service" after which the "[d]ata is analyzed by validated algorithms" and "in 2-3 working days" the "StratX report is available" and summarizes [the] key information to help determine patient eligibility":[35]



- Physician uses Web-browser to upload anonymized CT scan to secure cloud service
- Data is analyzed by validated algorithms
- StratX report is available in 2-3 working days
- Report summarizes key information to help determine patient eligibility and target lobe

106.    On August 3, 2021, during Pulmonx's Q2 2021 earnings call, an analyst asked the Company's CEO, "if you have any opinion on this competitive offering and just how you think it might stack up with, I guess, versus what Pulmonx offers clinicians?"  The CEO answered, in part, that *"roughly 90% of the people around the world that are doing this procedure are choosing to do it with our technology.  And I think it has a lot to do with StratX, a lot to do with Chartis*."[36]

**D.       The Zephyr Valve Is Associated with a High Risk of Adverse Events**

107.    While the FDA has approved the Zephyr Valve in the United States, and clinical studies have found evidence of positive outcomes for some patients, several clinical studies have also found a high risk of adverse events associated with EBVs such as the Zephyr Valve.  For example, in 2018, "[t]he first multicenter analysis to evaluate the efficacy and safety of the [Zephyr Valve] included 190 patients with advanced emphysema" found that while the "Valve group had significantly greater outcomes," they "also [experienced] a *significantly larger rate of*

---

[35] Pulmonx Corp., "Zephyr Valve Overview" Presentation, at 14 (Sept. 26, 2019).

[36] Pulmonx Corp., Q2 2021 Earnings Call, at 12-13 (Aug. 3, 2021) (Transcript).

*adverse events, particularly pneumothorax*[37] (26.6 percent within 45 days) and deaths (five to one within 12 months)."[38]  In 2016, a "large-scale (n = 498) trial in Germany . . . found *a high rate of serious adverse events, specifically 16.0 percent during the hospital stay, and 36.4 percent in the remaining time up to six months post-treatment*."[39]  In 2017, "a comparison of [EBVs] versus controls for five studies (n = 703)" found that "[o]utcomes were superior for the treatment group, with low-quality evidence.  However, *a greater risk of adverse events (odds ratio = 5.85) with high-quality evidence was also reported.  Pneumonia distal to the valves was the most common adverse event, followed by pneumothorax and chronic obstructive pulmonary disease exacerbations*."[40]

108.    Consistent with these clinical trials and studies, Pulmonx has acknowledged that the "[c]omplications of the [Zephyr Valve] treatment can include but are not limited to pneumothorax, worsening of [Chronic Obstructive Pulmonary Disease ("COPD")] symptoms, hemoptysis, pneumonia, dyspnea and, in rare cases, death."[41]

109.    Pulmonx's own Instructions for Use ("IFU") report that "*44.2%* [of] subjects" in

---

[37] "A pneumothorax . . . is a collapsed lung.  A pneumothorax occurs when air leaks into the space between your lung and chest wall.  This air pushes on the outside of your lung and makes it collapse."  *See* https://www.mayoclinic.org/diseases-conditions/pneumothorax/symptoms-causes/syc-20350367.

[38] Endobronchial valve placement, Select Health of South Carolina, at 4 (July 1, 2019), available at https://www.selecthealthofsc.com/pdf/provider/policies-2/ccp1420-2006-endobronchial-valve-placement.pdf (citing Criner GJ, Sue R, Wright S, et al. A multicenter randomized controlled trial of Zephyr endobronchial valve treatment in heterogeneous emphysema (LIBERATE). *Am J Respir Crit Care Med*. 2018;198(9):1151-1164. Doi: 10.1164/rccm.201803-0590OC).

[39] *Id*. (citing Skowasch D, Fertl A, Schwick B, et al. A long-term follow-up investigation of endobronchial valves in emphysema (the LIVE Study): Study protocol and six-month interim analysis results of a prospective five-year observational study. *Respiration*. 2016;92(2):118-126. Doi: 10.1159/000448119).

[40] *Id*. at 3-4. (citing van Agteren JE, Hnin K, Grosser D, Carson KV, Smith BJ. Bronchoscopic lung volume reduction procedures for chronic obstructive pulmonary disease. *Cochrane Database Syst Rev*. 2017;23;2:CD012158. Doi: 10.1002/14651858.CD012158.pub2; Low SW, Lee JZ, Desai H, Hsu CH, Sam AR, Knepler JL. Endobronchial valves therapy for advanced emphysema: A meta-analysis of randomized trials. *J Bronchology Interv Pulmonol*. 2018 Jun 12. Doi: 10.1097/LBR.0000000000000527).

[41] *See* https://pulmonx.com/wp-content/uploads/2021/01/P0606EN_C-Zephyr-Valve-Patient-Brochure.pdf.

a "group" that received the "Zephyr EBV" experienced "serious respiratory adverse events"; in contrast, only "2.0%" of patients who received the alternative "[s]tandard of [c]are" ("SoC") for homogenous emphysema experienced such adverse events.[42]  The IFU also states that "[t]he most common serious respiratory adverse events in the Zephyr EBV versus SoC subjects during the Treatment Period [i.e., the first 45 days after the procedure] were pneumothorax in 26.6% versus 0.0% subjects, respectively; COPD exacerbations in 7.8% versus 4.8% subject, respectively; dyspnea in 1.6% versus 0.0% subjects, respectively; pleural effusion in 1.6% versus 0.0% subjects, respectively; and respiratory failure in 1.6% versus 0.0% subjects, respectively."  *Id.* at 14.  The IFU further states that "seventy-six percent (76%) of pneumothoraces occur within the first 3 days of a procedure"; and as a result, "[p]atients should remain in-hospital for the first 3 nights after a procedure and should be provided with clear instructions on recognizing symptoms of a pneumothorax and to seek emergent help if experiencing these symptoms."  *Id.* at 5.

110.    While Pulmonx frequently states that the Zephyr Valve procedure requires a *minimum* "3 Night Stay," the IFU makes clear that the hospital stay is frequently much longer: "You can go home after 3 to 5 days unless you have side effects such as a small tear in the lung tissue, which can happen in up to *1 in 3 procedures*.  If this happens your doctor may put a small tube in your chest to let out the air from the tear, and *you may need to stay in the hospital up to a week longer* for the tissue to heal."[43]  *Id.* at 6.  The obligatory three-to-five-night hospital stay— which may last "a week longer" for "up to 1 in 3 procedures"—contributes to the substantial expense of the Zephyr Valve procedure.  *Id.*

111.    In addition, according to a 12-month, Pulmonx-sponsored clinical study of "190 subjects" who received Zephyr Valves, "[a]bout 1 in 5 patients . . . had a second bronchoscope

---

[42] Pulmonx Corp., "Zephyr® Endobronchial Valve System Instructions for Use," available at https://www.accessdata.fda.gov/cdrh_docs/pdf18/P180002C.pdf.  *See also* https://pulmonx.com/wp-content/uploads/2021/01/P0606EN_C-Zephyr-Valve-Patient-Brochure.pdf (instructing that all patients must "stay in the hospital for a minimum of 3 nights for observation").

[43] *See* Pulmonx Corp., "Zephyr® Endobronchial Valve- A New Treatment for Severe Emphysema" brochure, at 6 (available at https://www.accessdata.fda.gov/cdrh_docs/pdf18/P180002C.pdf).

COMPLAINT – FILED UNDER SEAL AND IN         42                    CASE NO.
CAMERA PURSUANT TO 31 U.S.C. § 3730(b)

procedure to adjust the valves position[s] or to manage side effects." *Id.* at 8.

112.    Although Zephyr Valve patients experience a high rate of serious adverse events and side effects, which contributes to the overall expense of the procedure—Pulmonx nonetheless allocates substantial financial resources to "funnel" patients toward these procedures, and goes to considerable lengths to incentivize and reward doctors and hospitals for "funneling" their own patients toward these risky procedures, as alleged in greater detail below.

**XII.    Pulmonx's Average Revenue Per Patient Exceeds $10,000 And Average Reimbursement Rates for Zephyr Valve Procedures Are $11,000-$30,000**

113.    Pulmonx's average revenue per patient exceeds $10,000.  On average, doctors and hospitals performing Zephyr Valve procedures (and related tests) are reimbursed by third-party payers (such as Medicare and Medicaid) between $11,000 and $30,000.  In that regard, Pulmonx's CEO has stated that "[o]ur global average selling price across the many patients that we've treated, our revenue per patient is about $10,000 on a global basis . . ."[44]  The CEO further stated that "there's established payments in place as well.  [MS-DRGs] which, for major chest procedures, would pay anywhere from [$]11,000 to $30,000 to the center.  And if by chance we do a Chartis procedure and it says, this is not a good patient to treatment, then there's also reimbursement in place for that outpatient procedure if they don't go on to valves." *Id.*  The CEO has also confirmed that Pulmonx's "average revenue per patient is -- in the United States is north of $10,000 and, at the gross margins we're generating."[45]

114.    The Company has also confirmed that "[t]he American Hospital Association Coding Clinic provided guidance on the use of [the International Classification of Diseases 10th Revision Procedure Coding System ("ICD-10 PCS")] codes for EBV procedures in Q3 2019.  These ICD-10 PCS codes map to the MS-DRG classifications for Major Chest Procedures, with national average reimbursement rates between $11,000 and $30,000, for the year 2020, depending on co-morbidities and complications.  Payment for the Zephyr Valve is expected to, on average,

---

[44] Stifel Virtual Healthcare Conference, at 5 (Nov. 16, 2020) (Transcript).

[45] Morgan Stanley 19th Annual Global Healthcare Conference, at 6 (Sept. 13, 2021) (Transcript).

COMPLAINT – FILED UNDER SEAL AND IN          43          CASE NO.
CAMERA PURSUANT TO 31 U.S.C. § 3730(b)

be sufficient to cover the costs of the procedure."[46]

115.   An excerpt from a Pulmonx brochure also confirms that, as of January 202, the reimbursement rate for the Zephyr Valve procedure was between $11,310 and $30,035:[47]

The Zephyr® Valve procedure is performed as an inpatient procedure. To be a candidate, patients must have little to no collateral ventilation between the target and adjacent lobes. The Chartis® Pulmonary Assessment System is the final step to confirm that the patient has little to no collateral ventilation.

If after the assessment procedure with Chartis the patient is determined to have collateral ventilation, the patient may be discharged (no valves placed), and the place of service changed to hospital outpatient.

If the patient is determined not to have collateral ventilation, the Zephyr Valve procedure would be indicated to proceed, followed by a minimum three-night inpatient stay to monitor for possible side effects, the most common of which is pneumothorax.

| Hospital Inpatient: Possible MS-DRG Assignment[a] | | |
|---|---|---|
| MS-DRG | DESCRIPTION | FY-2020 MEDICARE NATIONAL AVERAGE |
| 163 | Major Chest Procedures with MCC | $30,035 |
| 164 | Major Chest Procedures with CC | $15,684 |
| 165 | Major Chest Procedures without CC/MCC | $11,310 |

116.   Even if a patient undergoes a Chartis Assessment and is found to have CV and therefore does not qualify for a Zephyr Valve procedure, the hospital can still bill Medicare or Medicaid for the Chartis Assessment itself using the Current Procedural Terminology ("CPT") code 31634.[48]  According to Pulmonx, in 2020, this CPT code (31634) had a "Medicare National Average" reimbursement rate of $5,440:

| Hospital Outpatient: Possible APC Assignment[a] | | | |
|---|---|---|---|
| CPT CODE | DESCRIPTION | APC | CY-2020 MEDICARE NATIONAL AVERAGE |
| 31634 | Bronchoscopy, rigid or flexible, including fluoroscopic guidance, when performed; with balloon occlusion, with assessment of air leak, with administration of occlusive substance (eg, fibrin glue), if performed | 5155 | $5,440 |

---

[46] Pulmonx Corp., Registration Statement (Form S-1/A), at 148 (Sept. 30, 2020).

[47] Pulmonx Corp., "PULMONX® ZEPHYR® VALVE SYSTEM" brochure, at 6 (Jan. 1, 2020).

[48] "If the bronchial blocking technique [i.e., Chartis] shows evidence of collateral ventilation, the patient would be discharged without valve placement.  In that scenario, the appropriate CPT code would be 31634."  "Q[&]A BRONCHIAL VALVES," ATS Coding & Billing Quarterly, at 7 (Dec. 2018), available at https://www.thoracic.org/about/newsroom/newsletters/coding-and-billing/resources/2018/cbq_december-18.pdf.

*See supra* note 47. Thus, whether or not a potential Zephyr Valve patient actually receives the procedure and the product, if they reach the Chartis Assessment stage, the Government is charged thousands of dollars.

117. Even if a patient undergoes a Chartis Assessment and is found to have CV and therefore does not qualify for a Zephyr Valve procedure, the doctor can still bill Medicare or Medicaid for the Chartis Assessment itself using the CPT code 31634. *See supra* note 48. According to Pulmonx, as of 2020, this "Physician Payment" by CPT code (31634) had a "Medicare National Average" reimbursement rate of $199:[49]

| Physician Payment by CPT code[7] | | |
|---|---|---|
| CODE | DESCRIPTION | CY-2020 MEDICARE NATIONAL AVERAGE |
| 31634 | Bronchoscopy, rigid or flexible, including fluoroscopic guidance, when performed; with balloon occlusion, with assessment of air leak, with administration of occlusive substance (eg, fibrin glue), if performed | $199 |

118. As noted above, Zephyr Valves are associated with a high rate of serious adverse events. In such cases of "intractable pneumothorax, post obstructive pneumonia [or] other complications," there is frequently "a clinical need to remove the valves . . . ."[50] Indeed, one study of 63 patients who received Zephyr Valves found, "[o]f a total of 198 valves implanted, 26 were removed and 4 extruded in 16 patients."[51] In other words, 16 of 63 patients (25.3%) required subsequent procedures to remove their valves. And 26 of the 198 valves (13.1%) were subsequently removed. This explains why these 63 patients collectively underwent "84 treatments"—i.e., 21 additional treatments after their initial implant procedure. Because such subsequent procedures are so commonplace, additional CPT codes (e.g., 31648, +31649) have been created specifically for doctors and hospitals to bill Medicare for removing patients'

---

[49] Pulmonx Corp., "PULMONX® ZEPHYR® VALVE SYSTEM" brochure, at 7 (Jan. 1, 2020).

[50] *See* "Q[&]A BRONCHIAL VALVES," ATS Coding and Billing Quarterly, at 7 (Dec. 2018), available at https://www.thoracic.org/about/newsroom/newsletters/coding-and-billing/resources/2018/cbq_december-18.pdf.

[51] *See* Hugo Oliveira, Rafael Rambo, Silvia Oliveira, Amarilio Macedo-Neto, "Two-year follow up with patients treated with Zephyr valves over 10 years: Focus on safety," *European Respiratory Journal* (2014) (Abstract), available at https://erj.ersjournals.com/content/44/Suppl_58/P3713.

COMPLAINT – FILED UNDER SEAL AND IN         45         CASE NO.
CAMERA PURSUANT TO 31 U.S.C. § 3730(b)

bronchial valves:[52]

| Physician Payment by CPT code[7] | | |
|---|---|---|
| CODE | DESCRIPTION | CY-2020 MEDICARE NATIONAL AVERAGE |
| 31634 | Bronchoscopy, rigid or flexible, including fluoroscopic guidance, when performed; with balloon occlusion, with assessment of air leak, with administration of occlusive substance (eg, fibrin glue), if performed | $199 |
| 31647 | Bronchoscopy, rigid or flexible, including fluoroscopic guidance, when performed; with balloon occlusion, when performed, assessment of air leak, airway sizing, and insertion of bronchial valve(s), initial lobe | $219 |
| 31648 | Bronchoscopy, rigid or flexible, including fluoroscopic guidance, when performed; with removal of bronchial valve(s), initial lobe | $208 |
| +31649 | Bronchoscopy, rigid or flexible, including fluoroscopic guidance, when performed; with removal of bronchial valve(s) | $70 |
| +31651 | Bronchoscopy, rigid or flexible, including fluoroscopic guidance, when performed; with balloon occlusion, when performed, assessment of air leak, airway sizing, and insertion of bronchial valve(s), each additional lobe | $77 |

**XIII.    The Majority (75%) of Pulmonx Patients Are Covered By Medicare or Medicaid**

119.    Medicare "Part A" covers "inpatient hospital . . . services," 42 C.F.R. §409.5, which includes the Zephyr Valve implantation procedure.  The majority—75%—of Pulmonx's patients undergoing Zephyr Valve procedures are covered by, and reimbursed by, Medicare or Medicaid, according to the Company.  In that regard, Pulmonx's CEO has confirmed that "[s]o as far as covered lives go, . . . 75% of our business is paid for by the government, 25% by commercial payers.  But of that government business, about 1/3, 25% of the whole, run – is managed Medicare."[53]  The Company itself has similarly confirmed that its "Coverage / Payer Mix" consists of "~50% Traditional Medicare / Medicaid" and "~25% Managed Medicare / Medicaid":[54]

---

[52] Pulmonx Corp., "PULMONX® ZEPHYR® VALVE SYSTEM" brochure, at 7 (Jan. 1, 2020).

[53] Pulmonx Corp., Q3 2021 Earnings Call, at 11 (Nov. 2, 2021) (Transcript).  *See also* Pulmonx Corp., Q3 2020 Earnings Call, at 4 (Nov. 10, 2020) (Transcript) ("In the U.S., roughly 75% of our patient population is covered under Medicare . . . .").

[54] Pulmonx Corp., Q3 2021 Earnings Call Presentation, at 19 (Nov. 2, 2021).

COMPLAINT – FILED UNDER SEAL AND IN CAMERA PURSUANT TO 31 U.S.C. § 3730(b)        46        CASE NO.



120.    The Company's 2021 Annual Report explains that "Medicare provides reimbursement to our hospital customers as a lump sum intended to cover all costs under a single MS-DRG payment"; that "[p]ayment for Zephyr Valve is expected to, on average, be sufficient to cover costs of the procedure"; and that even if a patient does not undergo the Zephyr Valve procedure, "the patient is typically discharged the same day and the [Chartis] procedure therefore billed as an outpatient procedure"—meaning the Government is, at a minimum, billed for the Chartis procedure in every case, regardless of whether the patient receives a Zephyr Valve. Specifically, the annual report states:[55]

> Physician reimbursement under Medicare generally is based on a defined fee schedule (Physician Fee Schedule) through which payment amounts are determined by the relative values of the service rendered. ***Medicare provides reimbursement to our hospital customers as a lump sum intended to cover all costs under a single MS-DRG payment.*** . . .
>
> The ICD-10 PCS procedure codes that best describe our procedure map to the MS-DRG classifications for Major Chest Procedures, depending on co-morbidities and complications. MS-DRG classifications calibrate payment for groups of services based on the severity of a patient's illness and clinical cohesiveness of care. One single MS-DRG payment is intended to cover all hospital costs associated with treating a patient during his or her hospital stay, while physician charges associated with performing medical procedures are reimbursed to physicians through a different payment system based on the codes they submit. ***Payment for Zephyr Valve is expected to, on average, be sufficient to cover costs of the procedure.***
>
> ***If a patient is positive for collateral ventilation following an assessment by the Chartis System, the patient is typically discharged the same day and the procedure***

---

[55] Pulmonx Corp., Annual Report (Form 10-K), at 35 (Mar. 1, 2022).

*therefore billed as an outpatient procedure. The national average payment for this procedure is sufficient to cover costs of the procedure. If a patient receives the Zephyr Valve, there is no separate reimbursement for the Chartis System procedure; rather, the provider receives payment for the endobronchial valve procedures as described above.*

*The national Medicare average payment for physicians performing the endobronchial valve procedure is generally consistent with other complex bronchoscopic procedures.*

**Commercial Payor and Government Program Coverage**

Coverage refers to decisions made by commercial third-party payors and government programs as to whether or not to provide their members access to and pay for specific procedures and related supplies, and if so, what conditions, such as specific diagnoses and clinical indications, are covered. . . .

*A majority of our patients are Medicare-eligible beneficiaries.* Without a national coverage determination ("NCD") or a local coverage determination ("LCD"), Medicare claims are processed by [MACs], which assess coverage under Medicare's reasonable and necessary standard. *We estimate that roughly 75% of the potential Zephyr Valve patient population are Medicare/Medicaid beneficiaries of which approximately 30% have managed Medicare/Medicaid and the remaining 45% have traditional fee-for-service Medicare/Medicaid.* . . .

121. According to Pulmonx's CEO, "*Our payment mix is about 75% Medicare*, about a third of them, 25% of the whole poll as patients that are running through Managed Medicare":[56]

From *a reimbursement perspective, the physicians are getting paid. In the United States, we have CPT codes that allow the physicians to get paid and ICD-9 procedure codes that exist that allow hospitals to put in claims for payment.*

*Our payment mix is about 75% Medicare, about a third of them, 25% of the whole poll as patients that are running through Managed Medicare.*

122. The Company's CEO has stated that "I'm super happy about the fact that we are in a great shape from a reimbursement perspective. We *get reimbursed a fair amount of money that almost always more than covers the cost associated with the procedure 75% of our patients are covered by the government. Medicare if you have a technology that's medically necessary doesn't require pre-authorization.* 25% of our business is commercial, all of the big fives with the exception of Blue Cross, Blue Shield Association are positive or neutral and neutral is the

[56] Stifel Virtual Healthcare Conference, at 5 (Nov. 16, 2020) (Transcript).

COMPLAINT – FILED UNDER SEAL AND IN CAMERA PURSUANT TO 31 U.S.C. § 3730(b)   48   CASE NO.

same as positive in terms of time to gaining approval in our world."[57]

123. The Company's CFO has also stated: "*Sure I mean you're asking about that economics of the hospitals . . . Our understandings is that most hospitals here are making money on the procedures itself*. We don't hear push back as it regards to the economics in terms of hospitals, losing money per se in fact, some of these patients that have come in to get their procedure done, our Zephyr valve procedure to -- bring with them other comorbidities that may also increase revenue to the hospitals. *I think that the most important takeaway here is that, we don't see we would have heard if reimbursement was an issue for the hospital to treat these patients.*" *Id.* at 10.

124. The Company's CFO has also has also stated that "we continue to see our – new CMS rates, that we get for reimbursement that have been moving out modestly every year and so we feel like we're in a good position there." *Id.*

125. Similarly, the CEO explained how Pulmonx's hospital customers were "making money" from performing Zephyr Valve procedures: "*one of the greatest indicators I think is that, these hospitals come to us and say, let's collaborate on how we can drive more patients and clearly, if [the hospitals] weren't making money, they wouldn't be asking us to drive more patients.*" *Id.*

**XIV. Pulmonx Has Focused Its Efforts to Market Zephyr Valves on Approximately 800 Interventional Pulmonologists at "500 High Volume Hospitals" in the U.S.**

126. Because the Zephyr Valve can only be implanted through an EBV placement procedure performed by an interventional pulmonologist, Pulmonx has focused its U.S. marketing efforts on its only viable population of customers: approximately 800 interventional pulmonologists practicing at "approximately 500 high volume hospitals."[58]

---

[57] Morgan Stanley 19th Annual Global Healthcare Conference, at 9-10 (Sept. 13, 2021) (Transcript).

[58] "Our strategy is to identify territories with high unmet need, identify leading hospitals and work with champions of our solution to build emphysema centers of excellence. . . . focusing on approximately 500 high volume hospitals, of which we currently cover a small fraction." Pulmonx Corp., Annual Report (Form 10-K), at 33-34 (Mar. 1, 2022).

COMPLAINT – FILED UNDER SEAL AND IN
CAMERA PURSUANT TO 31 U.S.C. § 3730(b)

49

CASE NO.

## XV.    Pulmonx's Competitors Offer Endobronchial Valves and CT Scan Diagnostics

### A.    The Olympus Spiration® Valve System Competes with the Zephyr® Valve

127.    Pulmonx does not enjoy a monopoly on the market for EBV devices.  Instead, the Company's Zephyr Valve products and services compete with a similar, rival product EBV—the Spiration Valve System—manufactured by Pulmonx's primary competitor—Olympus Corporation.  In that regard, Pulmonx has stated that "[o]ur industry is highly competitive and subject to rapid change from the introduction of new products and technologies and other activities of industry participants.  We are positioning our solution as an alternative to existing treatments of severe emphysema.  These treatments include medical management, other minimally invasive treatments, LVRS and lung transplantations.  The major competitive products include the Spiration Valve System (Olympus Corporation) . . . ."  *Id*. at 36.  The Company described Olympus's competing Spiration Valve System and how Pulmonx competes with Olympus by providing free "patient selection tools" (i.e., the StratX Platform) and the Company's free "reimbursement support":

> The Spiration Valve System is an endobronchial technology designed to offer patients with severe emphysema a minimally invasive treatment option for lung volume reduction by redirecting air away from diseased areas of the lung to healthier tissue so that patients may breathe easier. Like Zephyr Valves, the Spiration Valve System is indicated to treat patients with heterogeneous emphysema; however, the Spiration Valve System is contraindicated for patients with homogeneous emphysema. *We believe our solution competes favorably with the Spiration Valve System for several reasons, including the strength of our published clinical data, differentiated patient selection tools and our comprehensive technical and reimbursement support*.

*Id*. at 36-37.

128.    The Company's CEO also confirmed that "Olympus is a great player to have in the marketplace. . .  I mean they have a valve.  We have a valve. . . . We compete very favorably with [Olympus].  And we enjoy having [Olympus] in the market, helping us make the pie bigger. . . . [W]e had announced in the fourth quarter [of 2020] that [Pulmonx] had treated -- was it our 20,000th patient and [Olympus] coincidentally put out their release that [Olympus] had treated their 500 patients."  *See* BofA Global Research Healthcare Conference, at 9 (May 11, 2021) (Transcript).

COMPLAINT – FILED UNDER SEAL AND IN          50                     CASE NO.
CAMERA PURSUANT TO 31 U.S.C. § 3730(b)

**B.      Other Companies Offer Commercial CT Scan Diagnostics Services**

129.    StratX is not the only product on the market that can analyze CT scans of lungs. As CEO French has explained, "[w]hen we launched StratX, there were other sort of quantitative CT analysis softwares that were out there.  We became the market leader in a matter of weeks. Probably 3 weeks, we were the market leader, and we left everybody in the dust . . . ." [59]

130.    Indeed, there are numerous other quantitative CT analysis softwares that are commercially available—and which Pulmonx's hospital customers and referring physicians would have to pay for if Pulmonx did not offer them StratX free of charge.  For example, on August 3, 2021, during Pulmonx's Q2 2021 earnings call, an analyst noted how the Company's "patient selection tools have been a competitive advantage for Pulmonx," and noted that Pulmonx's "competitor" (i.e., Olympus) had "made available an AI solution now to help with patient selection." *Id*. at 12.

131.    Beyond Olympus, another company, VIDA Diagnostics of Coralville, Iowa, offers the "Apollo" software that is capable of performing "quantitative CT analysis" of "CT scans" to measure "fissure integrity."[60]

132.    Another company, Thirona, "offers quality chest CT scan analysis with [its] certified software LungQ™. It precisely detects emphysematous regions in the lungs, airtrapping, airway morphology, and fissure completeness.  With LungQ we can support the interpretation of chest CT scans for early and fast diagnosis, selection of patients for treatment, treatment planning, and helping disease progression management.  LungQ is used both in research trials and clinical

---

[59] Pulmonx Corp., Q2 2021 Earnings Call, at 10 (Aug. 3, 2021) (Transcript).

[60] *See* Hugo Goulart de Oliveira, Silvia Martins de Oliveira, Rafael Ramos Rambo, and Amarilio Vieira de Macedo Neto, "Fissure Integrity and Volume Reduction in Emphysema: A Retrospective Study," *Respiration*, at 472-74 (June 1, 2016) ("This is a single-center, retrospective study of patients with advanced emphysema (GOLD stage III or IV).  From a database of 108 patients, 38 individuals treated with EBVs (Zephyr®; Pulmonx, Redwood City, Calif., USA; http://www.pulmonx.com/en/home2) who had both baseline and follow-up CT scans acquired following a specific protocol for *quantitative CT analysis using Apollo software (VIDA Diagnostics, Coralville, Iowa, USA*) were eligible. . . . Quantitative lung parameters, including lobar volumes, total emphysema scores, and heterogeneity gradient, were determined. . . . Pretreatment analysis of airway morphology and virtual bronchoscopy using the Apollo software facilitated treatment planning, allowing the size and number of valves to be defined before the start of the procedure.").

COMPLAINT – FILED UNDER SEAL AND IN          51                    CASE NO.
CAMERA PURSUANT TO 31 U.S.C. § 3730(b)

settings."[61] Indeed, Thirona's "Thirona Lung Quantification software®" has been used in clinical studies side-by-side with StratX.[62]

133.    Another company, Imbio, offers a product called the "Lung Density Analysis ™" that "provides rapid, automated quantification of areas which may be indicative of emphysema and COPD based on a standard inspiratory chest CT"; "is the only patented, fully-automated, regulatory cleared image analysis providing a complete mapping of normal lung, air-trapping and areas of persistent low density in a combined image to help visualize the components of COPD"; and generates a "quantitative report" that "provides volume and density classifications by percentage of lung volume for each lung region."[63]

**XVI.    Physician Referrals Account for 80% of Patients Receiving Zephyr Valves**

134.    Physician referrals account for 80% of patients receiving Zephyr Valves.  The other 20% of patients are self-referrals directly from patients.  In this regard, in August 2021, an equity analyst asked Pulmonx's CEO, "what [are you] seeing from a referral basis either physician referral versus patient self-referral[?]" to which the CEO answered that, "about 80% of our patients come through referring physicians."[64]

135.    The Company's CEO confirmed that "2021 and 2022 are really all about the referring physician.  Roughly 80% of our patients come through these referring physicians. . . . 80% of our patients flow through these referring docs":[65]

> So it's a 3-step process, and we're working on this in staggered parallel.  First and foremost, we need to make sure that we have -- we find the right kind of physician champions preferably 2 or more in a given institution.  ***We need to make sure that we set up the support structures or help them set up to support structures to take***

---

[61] *See* https://thirona.eu/solutions/chestct/.

[62] *See* Welling, J. (2020). *Advances in bronchoscopic lung volume reduction: Improved patient selection and assessment of treatment response.* University of Groningen. https://doi.org/10.33612/diss.129343102 ("Lobar emphysematous destruction and lobar volumes were determined using the StratX® QCT platform (Pulmonx, Inc, Redwood City, CA, USA). The assessment of arterial and venous volume per lobe was performed using Thirona Lung Quantification software® (Thirona, Nijmegen, Netherlands)").

[63] *See* https://www.imbio.com/products/.

[64] *See* Pulmonx Corp., Q2 2021 Earnings Call, at 7 (Aug. 3, 2021) (Transcript).

[65] BofA Global Research Healthcare Conference, at 7 (May 11, 2021) (Transcript).

COMPLAINT – FILED UNDER SEAL AND IN         52                    CASE NO.
CAMERA PURSUANT TO 31 U.S.C. § 3730(b)

*patients efficiently from the front door to the procedure table, and we work very, very hard on that, and we want to* -- we're very, very clinically focused.

And then when we have that in place, then we focus on the referring physicians that are around that particular treating site. We know who they are because *we're able to get our hands-on drug data and look at cocktails that are given typically to patients with severe emphysema. So we can see who the high prescribers are*.

Who the physicians are in the community, whether they be pulmonologists or internal medicine physicians that are managing the bulk of patients with severe emphysema. And keeping in mind, if the treatment algorithm is just turn up the drugs, layer them on top of each other, put somebody on oxygen, move their bed from upstairs to downstairs, you don't have to be an expert to manage that patient.

So it's important that we have this prescribing information to identify where they are. *And 2021 and 2022 are really all about the referring physician. Roughly 80% of our patients come through these referring physicians.* We've done a great deal of market research. We've established that there's a good bit of awareness with the referring physicians as it relates to our technology.

\* \* \*

These are what the results of the procedure are because the magnitude of benefit we deliver is really quite extraordinary. I think I mentioned that *80% of our patients flow through these referring docs*, 20% of the patients see something on TV and go directly to the treatment center and say, okay, I want to be -- you guys help me with this.

136.    Pulmonx's CEO has also stated that "we . . . focus on the referring docs. About 80% of the patients that will find their way to that treating center will come through referring docs."[66]

### PULMONX'S KICKBACK SCHEME

**XVII. Pulmonx's "Market Development Strategy" Relies on Financial Inducements— Including Free Datamining, Free Diagnostic Services, Free Marketing, Free Promotion, and Free Patient Outreach—to Create a "Referral Pipeline" to "Funnel" Patients from "Referring Physicians" to Treating Centers"**

137.    As a relatively new, commercial-stage medical device company with only one key product—the Zephyr Valve—Pulmonx has been vigorously engaged in efforts to develop a market to sell Zephyr Valves. As noted above, Pulmonx's only potential customers are interventional pulmonologists. However, rather than simply educate these doctors or advertise to

---

[66] Stifel 2021 Virtual Nicolaus Healthcare Conference, at 5 (Nov. 16, 2021) (Transcript).

COMPLAINT – FILED UNDER SEAL AND IN        53        CASE NO.
CAMERA PURSUANT TO 31 U.S.C. § 3730(b)

the public about the existence of the Zephyr Valve, Pulmonx has adopted what it has described as a "market development strategy" that in reality is an intricate, expensive, and illegal kickback scheme.

138.    Pulmonx has engaged in a widespread scheme to provide free patient-matching services, including free advertising assistance, free practice development, free practice support, free diagnostic services, free patient outreach services, free market development support to health care providers, free patient education seminars, and other substantial financial assistance to doctors and hospitals in connection with planning, promoting, and conducting events to cultivate new patients. Essentially, the Company does everything it can to match and provide doctors and hospitals with a steady stream (or "funnel") of pre-diagnosed patients who qualify for an expensive, inpatient EBV implant procedure. In exchange for this free pipeline of valuable patients, Pulmonx demands that these doctors and hospitals use the Zephyr Valve exclusively, which they do.

139.    On January 29, 2021, David Renzi, Senior Vice President, Sales – North America, wrote an internal email to all Pulmonx sales representatives in the United States (via the "Sales-US" email distribution list) and instructed that "it is extremely important that we control the controllable and set ourselves up for success by executing against the 4 pillars:"

1. **Activate new centers**: We have 35 accounts that are VAC approved and 12 that are VAC approved and in contract review. We can engage our customers and get them to the point where they are trained and contract approved so they can begin treating when the hospital allows

2. **Datamining to educate patients**. Retrospective and prospective (body box) datamining, then setup execute educational activities: PES virtual webinars and send patient mailers to encourage consult appointment.

3. **Referring Physician Events**. Target high volume practices in each territory to conduct peer-to-peer talks. Great way to educate and build partnership between referring and treating centers.

4. **Community Workup Centers**. Look to setup and pilot at least one of these work-up centers to 1 or more partnering treating accounts.

140.    On January 17, 2021, Conor McGuire, Regional Business Director – Midwest, wrote an internal email to all sales representatives in Pulmonx's "Midwest Region – US," and stated: "Ask yourself . . . *[a]re you getting the customer the resources they need to build their programs?*"

COMPLAINT – FILED UNDER SEAL AND IN        54        CASE NO.
CAMERA PURSUANT TO 31 U.S.C. § 3730(b)

141.   On January 25, 2021, William Long, Director, Product Marketing, wrote an internal email to all Pulmonx sales representatives in the United States (via the "Sales-US" email distribution list) to encourage them to "pitch the value of becoming a Zephyr Valve Workup Center to a referring pulmonologist[.]"

142.   On March 8, 2021, Conor McGuire, Regional Business Director – Midwest, wrote an internal email to all sales representatives in Pulmonx's "Midwest Region – US," and instructed them to "[p]lease look at your accounts and see where you can use this contest to help grow your business – New Accounts, New Work Up Center, Datamining/PES/BB Protocol, Physician ED Event, or RT CME course. *These are all part of the 4 Pillars and these activities are crucial to aid in keeping the patient funnels in your treating or soon to be treating accounts active*."

143.   An internal 2020 presentation describes Pulmonx's "Roadmap to Build Referral Pipeline."[67]



144.   The same internal presentation describes the three pillars of Pulmonx's referral-building strategy as to (1) "Build Infrastructure at Zephyr Valve Treating Center[s]"; (2) "Facilitate Referring Physician to Treating Center Relationships"; and (3) "Facilitate Self-Referrals Directly from Patients":[68]

---

[67] Pulmonx Corp., "Creating a Zephyr® Valve Center of Excellence[:]  Roadmap to Build Referral Pipeline" Presentation, at 1 (2020).
[68] *Id.* at 3.



145.    The same internal presentation describes Pulmonx's strategy of, *inter alia*, "Build[ing] Infrastructure at Zephyr Valve Treating Center[s]" by "Data-min[ing] patients that fit criteria" and "call[ing]" hospitals to discuss "reimbursement/coding"; "Facilitat[ing] Referring Physician[s] to Treating Center Relationships" by "Creat[ing] awareness with internal referral network[s]" and "Target[ing] high prescribing physicians"; and "Facilitat[ing] Patient Self-Referrals" through "Patient Education Seminars":



*Id.* at 4.

146.    According to a November 2021 earnings call presentation, Pulmonx's

"Comprehensive Market Development Strategy" consists of (1) "[i]ncreas[ing] centers of excellence capability & capacity"; (2) "[i]ncreas[ing] referral network activity"; and (3) "[i]ncrease[ing] volume and reduc[ing] cost of patient self referrals":[69]



147.     The same presentation describes "[t]he Zephyr Valve Patient Journey" as starting with "pulmonary function testing and CT scan," continuing with a "StratX® Report," then a "Chartis® Assessment," followed by "Zephyr® Valves Place[ment], and a "3 Night Stay":[70]

### The Zephyr Valve Patient Journey

| Standard COPD Work Up | StratX® Report | Chartis® Assessment | Zephyr® Valves Placed | 3 Night Stay |
| --- | --- | --- | --- | --- |
| Patient undergoes standard pulmonary work up, including pulmonary function testing and CT scan | CT scan uploaded to cloud, generating report to help identify one or more eligible lobes for treatment | Patient sedated & Chartis® procedure simulates valve placement with a balloon catheter in target lobe(s) to test for collateral ventilation | Bronchoscopic placement of Zephyr® Valves in less than an hour procedure | Patient remains in the hospital for monitoring for a minimum of 3 nights following the procedure |

© 2021 Pulmonx Corporation

---

[69] Pulmonx Corp., Q3 2021 Earnings Call Presentation, at 18 (Nov. 2, 2021).

[70] *Id.* at 8.

**A.    Pulmonx "Datamines" Prescription Drug Data to Target Doctors Who Treat Patients with Emphysema and COPD**

148.    As the first step in Pulmonx's practice-building patient-referral market development strategy, the Company "datamines" prescription drug data to target doctors who treat patients with emphysema and COPD. In this regard, Pulmonx's CEO has stated that "[w]e know who . . . the physicians are in the community, whether they be pulmonologists or internal medicine physicians that are managing the bulk of patients with severe emphysema" because "we're able to get our [hands on] drug data" regarding the drug "cocktails that are given typically to patients with severe emphysema."[71]    The CEO has explained that "this prescribing information" enables Pulmonx to "identify" these "high prescrib[ing]" doctors and that "[r]oughly 80% of our patients come through these referring physicians." Specifically, the CEO stated:[72]

> *. . . . we focus on the referring physicians that are around that particular treating site. We know who they are because we're able to get our [hands on] drug data and look at cocktails that are given typically to patients with severe emphysema. So we can see who the high prescribers are.*
>
> Who the physicians are in the community, whether they be pulmonologists or internal medicine physicians that are managing the bulk of patients with severe emphysema. . . . So it's important that we have this prescribing information to identify where they are. And 2021 and 2022 are really all about the referring physician. *Roughly 80% of our patients come through these referring physicians. . . . I think I mentioned that 80% of our patients flow through these referring docs,* . . . We make sure that the referring physicians in the area are well, well understand what it is we're offering and what the benefit is and often use things like Zoom to bring the treating physicians together with the referring physicians.

149.    Pulmonx's CEO has stated that "we then focus on the referring docs. . . . We know who they are, we know who the high prescribers are because of pharmaceutical information we're able to get. We know who the doctors are in a geography that control the great majority of the emphysema patients."[73]

---

[71] BofA Global Research Healthcare Conference, at 7 (May 11, 2021) (Transcript).

[72] *Id.*

[73] Stifel 2021 Virtual Nicolaus Healthcare Conference, at 5 (Nov. 16, 2021) (Transcript).

**B.    Pulmonx "Datamines" Patients' Medical Records to Target Patients Who the Company Can "Funnel" to Zephyr® Valve Treating Centers**

150.    As the next step in Pulmonx's patient-referral scheme, the Company's sales reps ask doctors and hospitals to allow the Company to obtain access to all of their patients' medical records so that Pulmonx can "datamine" those patients' medical records for PFTs and CT scans in order to find and target patients that it can "funnel" to Zephyr Valve Treating Centers.  As noted above, the Company refers to this as "[r]etrospective . . . datamining" because it involves culling through years of previously existing patient medical records.

151.    On December 11, 2020, David Renzi, Senior Vice President, Sales – North America, wrote an internal email to all of Pulmonx's U.S. sales representatives (via the "Sales-US" email distribution list) and described the Company's "Datamining Strategy" as a "potentially powerful strategic link for discovering more patients for [Bronchoscopic Lung Volume Reduction ("BLVR")] and Zephyr treatment."  Renzi encouraged all U.S. sales representatives to "harness this datamining strategy and hopeful exponentially increase the access to potential patients already in the work-up process while continuing to build our referral relationships."

152.    An internal Pulmonx presentation used at the Company's January 2021 "Global Sales Meeting" described Pulmonx's "Datamining Best Practices" as involving three different "Datamining Levels."  First, Pulmonx searches the hospital's electronic medical records ("EMR") for diagnostic codes indicating emphysema and COPD.  Second, Pulmonx retroactively searches the hospital's records for PFTs for the past "3 to 5 years."  Third, Pulmonx screens the PFTs of "[a]ll [p]atients that come to the PFT Lab" as part of Pulmonx's "Body Box Protocol."[74]

---

[74] Pulmonx Corp., "Global Sales Meeting" Presentation, at 14 (Jan. 2021).



153.    A 2020 internal Pulmonx presentation also described how the Company "[d]ata-mines [r]etrospective [p]atients," which are described as "Low Hanging Fruit":[75]

**Data-mine
Retrospective
Patients (FEV₁, RV)**

**+  Low Hanging Fruit**

**C.    Pulmonx's "Body Box Protocol" Datamines "Every PFT Performed" by Doctors to "Funnel" Patients to Zephyr Valve Treating Centers**

154.    Pulmonx's "Body Box Protocol" concerns "body plethysmography," a form of PFT.[76]  As noted above, the Company refers to this as "prospective (body box) datamining" because it involves filtering through all of the doctors or hospitals' PFT test results for all new, incoming patients to identify potential candidates for free StratX diagnostics, and after that,

---

[75] Pulmonx Corp., "Creating a Zephyr® Valve Center of Excellence[:]  Roadmap to Build Referral Pipeline" Presentation, at 9 (2020).

[76] "Body plethysmography is testing that's done to determine how much air your lungs can hold. It goes by other names, too, such as pulmonary plethysmography, static lung volume determination, or pulmonary function testing. . . .  You are placed in an apparatus called a volume-constant whole-body plethysmograph. It's a clear, all-glass box about the size of a telephone booth. It has an airtight seal and a controlled leak that is used to stabilize the pressure within. . . .  The plethysmograph measures the changes in pressure and volume of the container as you breathe in and out. A secondary device is used to measure the pressure at your mouth while you breathe. Medical staff study the pressure changes to check for possible abnormalities."  Melinda Ratini, DO, MS, "What Is a Body Plethysmography?", *WebMD* (June 8, 2021), available at https://www.webmd.com/lung/what-is-body-plethysmography.

potential referral to Zephyr Valve procedures at Treating Centers.

155.    An internal presentation from December 2020 describes "Body Box Protocol" as indispensable to Pulmonx's sales reps for "capturing the [PFT] business" to drive "Valve Cases":[77]

## Becoming a PFT Rep that Supports Valve Cases

" I can't be a valve rep without capturing the pft business first."



156.    The same internal presentation illustrates how Pulmonx uses its Body Box Protocol to datamine patients' "PFT" scores to identify patients whose test results indicate emphysema and who Pulmonx can provide free "StratX" services to funnel to Zephyr Valve procedures:[78]

## My Case Starts At The Body Box



| Find the Body Box First | Who Is Performing the PFT's? | Create Protocol For Every PFT Performed | StratX Is Generated | Zephyr Case Is Scheduled |

157.    The same internal presentation provides several examples of doctors and hospitals

---

[77] J. Davis, TM Central/South Texas, "Body Box Protocol" Presentation, at 2 (Dec. 10, 2020).

[78] *Id.* at 3.

with whom Pulmonx has obtained agreements to operate its Body Box Protocol. For example, Pulmonx used the protocol with a "Pilot Group" of "6 Physicians" at "Northeast Pulmonary & Sleep Associates." Specifically, Pulmonx was "[g]iven permission from Dr. Burguete to execute [the Body Box] protocol." Next, the sales rep "[i]dentified the office['s] [radiology technician ("RT")] performing all office [PFTs]." Then, the sales rep "[s]et up [the] protocol with Efrain the RT to filter all patients that have [PFT]" test results indicating emphysema. The RT was "responsible for putting weekly identified patients in the Zephyr folder and directly onto Dr. Burguete's desk." The "OUTCOME" was "16 patients, in the folder on the desk of Dr. Burguete ready to be uploaded to StratX."[79]

 

**Pilot Group**
**6 Physicians**

**Northeast**
Pulmonary & Sleep
Associates

**Body Box Protocol:**

- Given permission from Dr. Burguete to execute protocol.
- Identified the office RT performing all office pft's.
- Set up protocol with Efrain the RT to filter all patients that have pft with including **TLC, RV** and **FEV1** put into Zephyr folder that meet including criteria.
- Efrain is responsible for putting weekly identified patients in the Zephyr folder and directly onto Dr. Burguete's desk.
- This office performs 7 pft's/day, 35 pft's/week, 140/month
- No previous office patients were being worked up through the office pft's.

**OUTCOME**: 16 patients were identified in the two week! That is 16 patients, in the folder on the desk of Dr. Burguete ready to be uploaded to StratX.

158.    Another "Pilot Group" of "20 Physicians" at the "University Health System" agreed to allow Pulmonx to perform its "Body Box Protocol." First, Pulmonx was "[g]iven permission by Dr. Ong to execute [the] protocol." Next, the sales rep "[i]dentified the Supervisor of Pulmonary Function Labs for University Health System, Davina Schroeder." Then, the sales rep "[s]et up protocol with Davina that all [PFTs] moving forward will be screened" for PFT scores indicating emphysema and "then funneled to Dr. Ong's program." The "University Health

---

[79] *Id.* at 4.

System . . . perform[ed] 20-40 [PFTs]/day." Under the protocol, "Davina . . . uniformed the protocol across all campuses." The "identified [PFT] patients [were] emailed directly to Dr. Ong . . . on a weekly basis." The "OUTCOME: All University patients across both campuses are now being screened and funneled into Dr. Ong's program!"[80]



**Body Box Protocol:**

- Given permission by Dr. Ong to execute protocol.
- Identified the Supervisor of Pulmonary Function Labs for University Health System, Davina Schroeder.
- Set up protocol with Davina that all pft's moving forward will be screened for **TLC, RV** and **FEV1** then funneled to Dr. Ong's program.
- University Health System currently performs 20-40 pft's/day.
- Davina has uniformed the protocol across all campuses. The identified ptf patients will be emailed directly to Dr. Ong and his coordinator on a weekly basis.
- This System performs an average of 20 pft's/day, 400/month. That is a lot of potential!

**OUTCOME**: All University patients across both campuses are now being screened and funneled into Dr. Ong's program!

159.  Another "Pilot Group" of "2 Physicians" at "Christus Spohn Hospital Corpus Christi *Shoreline*" also agreed to Pulmonx's "Body Box Protocol." *Id.* at 6. First, Pulmonx was "[g]iven permission by Dr. Narang to execute [the] protocol." *Id.* Then, the sales rep "[i]dentified Gary Whitey [as] the office RT performing all Body Box [PFTs]." *Id.* Next, the sales rep "[s]et up [the] protocol with Gary that all [PFTs] moving forward will be screened" for test scores indicating emphysema and "then funneled to Dr. Narang's program." The internal presentation noted that "[o]ver the past 9 months, Dr. Narang's office only had 2 patients worked up yet they perform[ed] 10 [PFTs]/day- knowing this presents opportunity!" *Id.* As a result of the protocol, "[t]his office performs an average of 10 [PFTs]/day and 200/month!" The "OUTCOME: Every patient performing a [PFT] is now being screened, 12 patients identified in 2 weeks." *Id.*

---

[80] *Id.* at 5.

COMPLAINT – FILED UNDER SEAL AND IN          63          CASE NO.
CAMERA PURSUANT TO 31 U.S.C. § 3730(b)

## Pilot Group
**2 Physicians**



### Body Box Protocol:

- Given permission by Dr. Narang to execute protocol.
- Identified Gary Whitey the office RT performing all Body Box pft's.
- Set up protocol with Gary that all pft's moving forward will be screened for **TLC, RV** and **FEV1** then funneled to Dr. Narang's program.
- Over the past 9 months, Dr. Narang's office only had 2 patients worked up yet they performs 10 pft's/day- knowing this presents opportunity!
- This office performs an average of 10 pft's/day and 200/month! That is a lot of potential

**OUTCOME**: Every patient performing a pft is now being screened, 12 patients identified in 2 weeks.

*Id.* at 6.

160.    In sum, as the examples above demonstrate, Pulmonx trained sales reps to approach doctors and hospitals to propose the Company's Body Box Protocol as a quintessential practice-building financial incentive pursuant to which doctors provide Pulmonx with access to all their patients' PFT test results using a template Pulmonx developed, and in exchange for these practice-builder incentives, the doctors gave the sales reps access to their patient medical records to prospectively datamine and filter their patients' test results, culminating in patients being "funneled" into those doctors' "program[s]" via "folder[s]" placed "directly onto" those doctors' "desk[s]." In essence, the Body Box Protocol is a free practice-building service that funnels patients into these doctors' practices for expensive inpatient procedures that cost Medicare/Medicaid and private insurers tens of thousands of dollars or more per patient. But this is only one of many free practice-building services that Pulmonx provides doctors and hospitals to incentivize them to perform these procedures using the Company's products and proprietary services.

**D.**     **Pulmonx Provides Doctors and Hospitals with Free StratX® Diagnostic Services to Incentivize Them to Funnel Patients to Treating Centers**

161.    The next key step in Pulmonx's illegal practice-building and patient-referral scheme is the StratX Platform, through which Pulmonx financially subsidizes each and every Zephyr Valve referral and procedure by providing referring and treating doctors and hospitals with a cloud-based quantitative CT analysis entirely "*free of charge*."[81]

162.    StratX doesn't just diagnose CV but also diagnoses general lung density—thus diagnosing emphysema itself—for free—from doctors and hospitals' records.  Thus, StratX provides these doctors and hospitals with a free portfolio of pre-diagnosed patients, free of charge, that they otherwise would not have.

163.    Doctors and hospitals also use StratX as a free marketing tool.  For example, the website of "Henry Ford Hospital's Interventional Pulmonology Program" links directly to Pulmonx's "StratX" website.[82]  This same website states that the team offers "Endobronchial Valve Placement" and states (without mentioning that it is a free service provided by a medical device manufacturer) that the team uses "Advanced Diagnostic Techniques and Technologies" including "CT Guided Bronchoscopic procedures[.]"[83]

> Henry Ford's Interventional Pulmonology team is among a few in the nation developing and using the newest diagnostic technologies.  On many occasions it is necessary to use multiple techniques to make the diagnosis for a patient.  As our program offers all techniques we can use the best procedure or combination of procedures for every patient.  In addition to routine diagnostic bronchoscopy we offer: . . . *CT Guided Bronchoscopic procedures*[.]

**E.**     **Pulmonx Pays for "Patient Education Seminar[s]" to "Driv[e] Patients to the Treating Center[s]"**

164.    Another way in which Pulmonx financially incentivizes doctors and hospitals to

[81] *See* Fiorelli A, Poggi C, Anile M, Cascone R, Carlucci A, Cassiano F *et al.* Visual analysis versus quantitative CT analysis of interlobar fissure integrity in selecting emphysematous patients for endobronchial valve treatment. Interact CardioVasc Thorac Surg 2018; doi:10.1093/icvts/ivy340 ("Actually, the [StratX] software is provided *free of charge* by PulmonX . . . .").

[82] *See* https://ipulm.com/.

[83] *Id.*

refer and perform Zephyr Valve procedures is by subsidizing PES to drive patients to Treating Centers. In this regard, an internal sales presentation titled "Patient Education Seminar[:] Driving Patients to the Treating Center" describes the "POWER Of A Patient Education Seminar (PES)" by providing a "Case Study." In this instance, Pulmonx datamined the "PFT data" of a "[h]ospital / [o]ffice" and sent a "Direct Patient Mailer" to 800 of that hospital or office's patients. The result for the hospital or office was "225 appointments made," "100+ total StratX Uploads," and "25 Zephyr cases completed post 4 months of PES."[84]

### The POWER Of A Patient Education Seminar (PES)

- **Patient Education Seminar with Direct Patient Mailer**
  - **Hospital / Office Results (Case Study)**
    - 800 invitations from PFT data with 200 additional zip code search
    - 225 appointments made
    - 100+ total StratX Uploads
    - 25 Zephyr cases completed post 4 months of PES
    - 10 new patients visits from outside normal travel distance
- **Why Will This Work?**
  - **The Power of Direct To Patient Targeting**
  - **Co-Marketing & Cost-Sharing Commitment**
  - **Hospital Pulmonary Team Commitment**

165. The same internal sales presentation discusses Pulmonx's "Patient Education Seminar Best Practice[s] Guide (TM)." Pulmonx's practices begin with making sure the "[h]ospital [or] [o]ffice [m]ust" be "[w]illing [t]o [m]ine [d]ata & sign [a business association agreement ("BAA") with First Fulfillment Incorporated ("FFI")]," a "[t]hird party vendor" that (as discussed below) Pulmonx pays to "handl[e] event management" for these "Patient Education Seminar[s]." Notably, Pulmonx "use[s]" a "*ROI* [i.e., *return on investment* ("ROI")] example sheet" that "[t]rack[s] in-coming patients" to that hospital or office as a result of the seminar.[85]

---

[84] Pulmonx Corp., "Patient Education Seminar[:] Driving Patients to the Treating Center" Presentation, at 2 (Jun. 2020).

[85] *Id.* at 3, 5.

COMPLAINT – FILED UNDER SEAL AND IN CAMERA PURSUANT TO 31 U.S.C. § 3730(b)          66          CASE NO.

**Patient Education Seminar Best Practice Guide (TM)**

- Hospital and Office Must Do's:
  - Willing To Mine Data & sign BAA with FFI
  - Co-Market and Cost Share
  - Treating Physicians Willing To Speak
  - Office Coordinator Willing to Co-Host
  - Webinar Capabilities
  - Track in-coming patients (use ROI example sheet)
- Event Planning
  - Present Logistics of Patient Education Seminar by 8-10 weeks
    - Pulmonary – Marketing – IT Team
  - Pick event date 7-8 weeks out
  - Complete Checklist & FFI Request Form
    - Send to RBD 7 Weeks Prior
  - BAA Signed & Upload Data to FFI by 6-7 weeks
  - Set Up Call with Office Champion + FFI by 6 weeks

166.    Similarly, the internal sales presentation discusses Pulmonx's "Patient Education Seminar Best Practice Guide (Hospital)." *Id.* at 4.  Pulmonx's practices begin with making sure the hospital is "[w]illing [t]o [m]ine [d]ata" from its patients' medical records for Pulmonx. *Id.* As part of "Event Planning" for these seminars, the hospital "[s]igns a BAA with [FFI]," "[u]pload[s] [m]ined [d]ata," and Pulmonx makes an "[i]nitial [p]ayment to FFI." *Id.*

**Patient Education Seminar Best Practice Guide (Hospital)**

- Zephyr Valve Treating Center Must Do's:
  - Willing To Mine Data
  - Co-Market and Cost Share
  - Hospital / Office Commitment
  - Webinar Capabilities
  - Track in-coming patients, for ROI on future events
- Event Planning
  - Pick event date 7-8 weeks out
  - Select Hospital Venue
  - Sign a BAA with First Fulfilment Inc.
  - Upload Mined Data
  - Initial Payment to FFI
  - BAA + Data Uploaded + Payment by 6 Weeks

*Id.*

167.    As described above, "First Fulfillment Incorporated (FFI)" serves as a "[t]hird party vendor that handles event management" by "[c]ollect[ing] the patient list from [the] treating center"; "[h]elp[ing] with invite creation"; "[s]end[ing] out [the] mailer"; creating a "[d]edicated call center for [the] event"; and "[c]ollect[ing] [the] RSVP list and send[ing] for [the] program registration." *Id.* at 5.

## First Fulfillment Incorporated (FFI)

- Third party vendor that handles event management
- Works independently with Treating Center, to:
  - Collects the patient list from treating center
    - All PHI protected (BAA signed between treating center and FFI)
  - Helps with invite creation
  - Sends out mailer
  - Dedicated call center for event
  - Collects RSVP list and sends for program registration to coordinator
- Works separately with Pulmonx
  - Rents patient lists; zip code or geography
    - Around COPD and specifically Emphysema

168.     The internal sales presentation describes the "Final Phase" of a PES as involving "Tracking Value of Program (ROI for hospital)"—or in other words, the "return on investment" for the hospital. *Id*. at 8. Pulmonx tracks the hospital's ROI by "[c]onfirm[ing]" the number of "[o]ffice [v]isits, [u]ploads to StratX, and Zephyr [c]ase[s]" and the resulting "[c]ost vs [r]esults" for the hospital:

### The Final Phase

- Day of Event
  - Coordinator prints/brings final RSVP from FFI
  - Arrive 1-2 hours early to set up refreshments, AV needs, brochures, posters, seating
  - Coordinator welcomes attendees at sign in
  - TM Introduces Speaking Doctor
  - Coordinator schedules follow up office visits for patients
- Tracking Value of Program (ROI for hospital)
  - Collect Data from PES
    - Confirm: Office Visits, Uploads to StratX, and Zephyr Case
    - ROI: Cost vs Results
  - Discuss Next Quarter PES

*Id.*

169.     Another internal presentation also provides an example of a "Patient Education Seminar" held on November 14, 2020, on behalf of "Grandview Medical Center in Dayton," Ohio. For this PES, Pulmonx prepared by "data-min[ing] patients" based on their "PFT" test results and mailed out "1,800 invitations." There were "75 total attendees (40 patients)." As a result of the event, there were "50+ uploads to StratX" of patient CT scans, "70+ invitations brought into appointments or call-ins," and "18 Zephyr cases completed since [the Community

COMPLAINT – FILED UNDER SEAL AND IN         68         CASE NO.
CAMERA PURSUANT TO 31 U.S.C. § 3730(b)

Health Event], resulting in "10 [c]ases in the pipeline" for "Dr. Yunger."[86]



**Patient Education Seminar — Grandview Medical Center in Dayton, OH**

**Hospital Patient Education Seminar:**
+ Community Health Talk or Direct Patient Mailer

**Logistics:**
+ Mailing/list preparation (data-mine patients)
  o PFT Software (FEV$_1$<50%, RV>150%, TLC>100%)
  o EMR emphysema codes (J43.0, J43.1, J43.2, J43.8, J43.9)
+ Coordinator approves invitation to send out to patients
+ Select venue and have treating physician speak

**Metrics:**
+ 1,800 invitations mailed last week of Oct. 2020
+ 75 total attendees (40 patients)
+ 50+ uploads to StratX – 2 accounts
+ 70+ invitations brought into appointments or call-ins
+ 18 Zephyr cases completed since CHT on Nov. 14th
+ Dr. Yunger: 10 Cases in the pipeline

**F.    Pulmonx Pays for "Patient Educational Webinar[s]" and "Social Media Marketing" to Further "Funnel" Patients to Hospitals' Treating Centers**

170.    In addition to PES, Pulmonx also pays for "Patient Educational Webinar[s]" and "Social Media Marketing" to further "funnel" patients to hospitals' Zephyr Valve Treating Centers. *Id.* at 21. For example, the same internal presentation describes a "Patient Education Webinar" given on January 15, 2020, at Weill Cornell Medicine in New York, New York, which was "given to 150 patients about Zephyr Valves." *Id.* As a result, "[t]wo patients were treated who attended [the] webinar with many other[s] in [the] workup phase":

**Cornell Case Study: Patient Educational Webinar**



**Weill Cornell Patient Education Webinar:**
+ Zoom Webinar given to 150 patients about Zephyr Valves

**Logistics:**
+ Utilized Pulmonary Wellness Foundation's patient database to co-brand their next webinar
+ Sent email invite to all the Pulmonary Wellness Foundation's 6,000 followers
+ Delivered one-hour presentation to 150 members of the online pulmonary rehab group
+ Used basic version of the peer-to-peer presentation (18-20 slides) and past procedures case studies
+ Q&A at the end of presentation for 15 minutes
+ Recording was put on YouTube to be viewed by any potential patients/referrers

**Metrics:**
+ The week after webinar office received 20 phone calls with patients inquiring about valves
+ Two patients were treated who attended webinar with many other in workup phase



[86] Pulmonx Corp., "Creating a Zephyr® Valve Center of Excellence[:]  Roadmap to Build Referral Pipeline" Presentation, at 23 (2020).

*Id.*

171. Pulmonx also uses free "Social Media Marketing" to financially induce doctors to perform Zephyr Valve procedures. For example, the same internal presentation describes the following example of Pulmonx providing hospitals and/or doctors free "Social Media Marketing" including on "LinkedIn, Facebook and Twitter," in combination with a "patient education webinar," to garner "[7,000] engagements and 364 comments on Facebook" to build patient referrals for the Zephyr Valve practice at "Cornell University with Dr. Ben-Gary Harvey":

*Id.* at 22.

### G. Pulmonx's "Work-Up Centers" Use Datamining, StratX®, and Free Marketing to Incentivize Doctors to Funnel Patients to Treating Centers

172. Pulmonx's illegal patient-referral scheme, or what the Company calls its "market development strategy," to drive sales by building a subsidized patient "referral pipeline" is well exemplified by its use of "Work-Up Centers" (also known as "assessment centers") to generate patient referrals through the Company's full panoply of financial, practice-building incentives. These Work-Up Centers serve as pipelines that funnel patients from referring doctors to Treating Centers.

173. An internal January 2021 "Global Sales Meeting" presentation describes the "Work-Up Center Onboarding Process," which involves asking the doctor or hospital to "[c]onfirm PFT datamining capabilities and plans"; setting up a (free) "StratX®️ account"; and

adding the relevant doctor to the (free) "Pulmonx.com physician locator":[87]



**Work-Up Center Onboarding Process**

1. Set up "Work-Up Center" account in Infusionsoft
2. Conduct training sessions
3. Confirm PFT datamining capabilities and plans
4. Request StratX® account
5. Request addition to Pulmonx.com physician locator

174.    Pulmonx's CEO has described how the Company uses its Work-Up Centers (or "referring centers") as "just a way to . . . increase flow through the tube as it relates to moving patients toward treatment":[88]

> [T]he trickiest or the most challenging part of . . . delivering our treatment is not the procedure itself. . . . but this idea of coming up with tools to help the clinical coordinators at treating centers, move patients efficiently through the ***workup process***, decentralizing or distributing assessment process out to referring doctors or ***referring centers*** is something that we have been working on . . . . ***And it's all just a way to . . . increase flow through the tube as it relates to moving patients toward treatment.***

175.    Pulmonx's internal "WORK-UP CENTER CONTACT INFORMATION / REQUEST TO SHARE [FORM]" provides each participating doctor or hospital with an array of free marketing support financed by Pulmonx to financially incentivize these doctors and hospitals to refer patients.  These marketing benefits include:  Pulmonx's website (MyLungsMyLife.com and Pulmonx.com); "Zephyr Valve/Pulmonx Social Media Pages"; "Call Center/Customer Service Patient Inquiries"; "Direct Mailing"; "Telemarketing"; "Health Fairs/Trade Shows"; and "Public Relations."[89]  In exchange for all of this free marketing, Pulmonx asks these doctors and hospitals to confirm that they have "access to body plethysmography" (i.e., Body Boxes, PFTs) and "access to high resolution CT" scans, which, as noted above, the Company uses to "datamine"

---

[87] Pulmonx Corp., "Global Sales Meeting" Presentation, at 5 (Jan. 2021).

[88] Pulmonx Corp., Q3 2021 Earnings Call, at 12 (Nov. 2, 2021) (Transcript).

[89] Pulmonx Corp., "WORK-UP CENTER CONTRACT INFORMATION / REQUEST TO SHARE [FORM]."

patients' medical records and funnel these patients to "Treating Centers." *Id.*



176.     The Company's internal presentation used at Pulmonx's January 2021 "Global Sales Meeting" describes how to "[c]reate an account" for a new "Work-Up Center" on Pulmonx's internal website, including where to confirm that the hospital had agreed that Pulmonx could perform "PFT Data Mining" of the hospital's patient medical records:[90]

## Infusionsoft Work-Up Center Account Process

Create an account in Infusionsoft even if the need for StratX access is TBD

---

[90] Pulmonx Corp., "Global Sales Meeting" Presentation, at 6 (Jan. 2021).

COMPLAINT – FILED UNDER SEAL AND IN          72          CASE NO.
CAMERA PURSUANT TO 31 U.S.C. § 3730(b)

**H.    Pulmonx Hosts a Free "Physician Locator Website" to Reward Doctors Who Perform Three Zephyr® Valve Procedures with Free Marketing**

177.    As noted above, to further reward doctors who perform Zephyr Valve procedures, Pulmonx provides a free "Physician Locator Website" to any doctor who has performed at least three such procedures.  For example, the same internal January 2021 "Global Sales Meeting" presentation describes how doctors can "[r]equest [a]ddition to [the] Pulmonx.com Physician Locator" by filling out a similar "WORK-UP CENTER CONTACT INFORMATION FORM – Request to Share," which, as discussed above, gives Pulmonx the right to datamine those doctors' patient medical records in order to target and funnel patients toward Zephyr Valve procedures.[91]



178.    Another internal presentation describes how doctors must "[c]omplete 3 Zephyr [c]ases" to be eligible for placement on Pulmonx's "Physician Locator Website":[92]

**Complete 3 Zephyr Cases for Physician Locator Website**

+ Complete site information share form in advance of 3rd case

+ Confirm Coordinator is set up to receive calls

---

[91] *Id.* at 8.

[92] Pulmonx Corp., "Creating a Zephyr® Valve Center of Excellence[:]  Roadmap to Build Referral Pipeline" Presentation, at 10 (2020).

**I.      Pulmonx Provides a Free "Reimbursement Support Program" to Incentivize Doctors and Hospitals to Funnel Patients to Zephyr® Valve Treating Centers**

179.    Pulmonx's Reimbursement Support Program is a free service the Company provides to referring physicians and hospitals to assure they navigate any potential obstacles to payment for Zephyr Valve implantation procedures, Chartis procedures, and other "Pre-Procedure Work-Up" such as "Body Plethysmography" (i.e., Body Box testing) by third-party payors, including Medicare, Medicaid and private insurers.re and Medicaid).

180.    According to Pulmonx's 2021 Annual Report, Pulmonx "ha[s] a dedicated patient reimbursement support team in the United States that works collaboratively with patients and providers to help secure the appropriate prior authorization approvals in advance of treatment."[93]

181.    An internal PowerPoint presentation titled "Zephyr Valve Procedure Reimbursement Planning and Pulmonx Support" describes the Company's "Reimbursement Support Program":[94]

- Pulmonx provides a Patient Reimbursement Support Program to assist with prior-authorization process and appeals of any denied claims

* * *

- The Pulmonx Reimbursement Support Program supports patients and their caregivers in navigating the insurance process for the Zephyr Valve procedure.

- *Staffed by experienced nurse case managers dedicated to supporting this program only*

- *Services include assisting patients and providers with:*
  o Benefit investigation
  o Prior authorization
  o Billing and coding support
  o Payer policy research
  o Appeals management

182.    Pulmonx's 2021 Annual Report states that the Company's "patient access team is responsible for all aspects of [its] reimbursement processes and initiatives" and describes how

---

[93] Pulmonx Corp., Annual Report (Form 10-K), at 120 (Mar. 1, 2022).

[94] Pulmonx Corp., "Zephyr Valve Procedure Reimbursement Planning and Pulmonx Support" Presentation, at 7, 14.

COMPLAINT – FILED UNDER SEAL AND IN          74                    CASE NO.
CAMERA PURSUANT TO 31 U.S.C. § 3730(b)

doctors and hospitals use "CPT" and "MS-DRG" coding to seek reimbursement from "government agencies" such as "Medicare" for "medical services and procedures" involving Pulmonx's products:[95]

> There are three key components for reimbursement in the United States: (1) coding, (2) payment and (3) coverage. Our patient access team is responsible for all aspects of our reimbursement processes and initiatives. In the United States, our solution is reimbursed based on established Category I CPT and ICD-10 PCS codes and associated APC and MS-DRG payment groupings.

> **Coding**

> In the United States, we sell our products to hospitals. These customers in turn bill various third-party payors, such as commercial payors and government agencies, for the cost required to treat each patient.

> Third-Party payors require physicians and hospitals to identify the items and services for which they are seeking reimbursement by using standard codes for both physician and facility payments. "Coding" refers to distinct numeric and alphanumeric billing codes that are used by healthcare providers to report the provision of medical services procedures and the use of supplies for specific patients to payors. CPT codes are published by the American Medical Association and are used to report medical services and procedures performed by or under the direction of physicians. Medicare generally pays physicians for services based on submission of a claim using one or more specific CPT codes. Physician payment for procedures may vary according to site of service. Hospitals are reimbursed for inpatient procedures based on MS-DRG classifications derived from patient demographic information and ICD-10-CM diagnosis and ICD-10 PCS codes that describe the patient's diagnoses and procedures performed during the hospital stay.

183. The internal presentation used at Pulmonx's January 2021 "Global Sales Meeting" describes how Pulmonx's sales representatives are expected to handle the reimbursement discussion when speaking with doctors and hospitals conducting "Pre-Procedure Work-Up":[96]

---

[95] Pulmonx Corp., Annual Report (Form 10-K), at 34 (Mar. 1, 2022).

[96] Pulmonx Corp., "Global Sales Meeting" Presentation, at 11 (Jan. 2021).

COMPLAINT – FILED UNDER SEAL AND IN          75                          CASE NO.
CAMERA PURSUANT TO 31 U.S.C. § 3730(b)



**Handling the Reimbursement Discussion**

Considerations for Pre-Procedure Work-Up

| Screening test description | Possible CPT® code (s) |
| --- | --- |
| E&M, New patient | 99203, 99204, 99205 |
| Spirometry | 94010 |
| Body Plethysmography | 94726 |
| Vital capacity (if done separately) | 94150, 94200 |
| DLCO (as required) | 94729 |
| 6 min walk test | 94618 |
| HRCT (if not current and/or not to specification) | 71250 |
| Ventilation perfusion scan (recommended for homogeneous patients or when the target lobe is unclear) or SPECT CT if available, warranted | 78582, 78598 |
| Echocardiogram | 93350 |
| Arterial blood gas levels | 82803 |
| Blood chemistry panel, complete CBC | 85025, 85027, 85041 |
| Blood metabolic panel, BMP | 80053 |
| Blood test for PT/INR, PTT | 85610, 85730 |
| Pulmonary perfusion imaging | 78580, 78579, 78597 |

### J.    Pulmonx Held a "2021 H1 Sales Contest" to "Motivate" Sales Reps to Implement the Company's "Key Market Development Tactics"

184.    Between "January 1 – June 30, 2021," Pulmonx held a "2021 H1 Sales Contest" whose "[o]bjective" was to "[m]otivate competitive Territory and Region Managers to implement [Pulmonx's] key market development tactics."[97]  During the contest, sales reps were awarded five points for establishing a new work-up center or new treating account, and three points for each instance of obtaining approval from a physician or hospital to engage in "[d]atamining"; each instance of holding a PES; and each instance of a physician or hospital agreeing to the "Body Box Protocol." *Id.* at 2.  Pulmonx created an internal presentation that explained the terms of the "2021 H1 Sales Contest":[98]

---

[97] Pulmonx Corp., "2021 H1 Sales Contest[:]  Mission:  LUNG" Presentation, at 1-2 (2021).

[98] *Id.*

## 2021 H1 Contest:  Mission Lung

- **Objective:**  Motivate competitive Territory and Region Managers to implement key market development tactics.

- **Point based contest**

- **Contest Period:**  January 1 – June 30, 2021

- **Key Contest Tactics:**
  - *New Treating Accounts – **5pts/each**
  - *New Work-up Center –    **5pts/each (max 1 work-up center)**
  - *Datamining/PES/Body Box Protocol – **3pts/each**
  - *Physician Educational Event or RT CME Course – **2pts/each**

185.    The same internal presentation provided a list of the "Key Documentation" that sales representatives were required to provide in order to earn points.  For example, to earn five points for a "Work-up Center," sales representatives had to provide proof of a "StratX report at work-up center"; and to earn three points for "Datamining/PES," sales representatives had to provide "[e]vidence" in the form of "[e]mails showing approval to data mine/body box" or "[e]vidence" of a "PES event completed or proof of prospective datamining":

## 2021 H1 Contest:  Mission Lung

**Key Documentation:**

- **New Accounts:**
  - $ from new treating accounts – Sales reports
    - First disposable purchase, console purchase does not count
- **Work-up Center (Max 1 for this contest)**
  - Training completed by treating center
  - StratX report at work-up center
  - 2 new patients documented to treating account from work-up center
  - Treating Center sign-off of work-up center
- **Datamining/PES**
  - Emails showing approval to data mine/body box
    - Evidence to be sent to Yves Butzberger <ybutzberger@pulmonx.com>
  - PES event completed or proof of prospective datamining (at least 10 patients identified)
    - Evidence to be sent to Yves Butzberger <ybutzberger@pulmonx.com>
- **Physician Education Event or RT CME**
  - Webinar or event sign in lists with physician contact info (email, phone, etc.)
  - At least 5 physicians or RTs must attend

Id. at 5.

### K.    In Exchange for Pulmonx's Free Practice-Building and Patient-Referral Services, Hospitals Purchase and Doctors Use the Zephyr Valve Almost Exclusively

186.    Relator has first-hand experience that the myriad of free practice-development, free patient-referral, and free patient-diagnostic services that Pulmonx provides to doctors and

hospitals induces them to purchase and use the Zephyr Valve (rather than the competition's product(s) and service(s)) on an essentially exclusive basis. This scheme allows Pulmonx to increase the size of the EBV market and to capture the vast majority of the market share. Indeed, as of the fourth quarter of 2020, 20,000 patients had received Pulmonx's Zephyr Valves, and only 500 patients had received Spiration Valves made by Olympus, Pulmonx's only U.S. competitor. *See* § XV.A., *supra*.

187. The decision whether to perform an endobronchial procedure for the purpose of implanting a Zephyr Valve should be made by the patient's pulmonologist and the hospital, based solely on what is best for the patient's health and safety. This important medical decision should not be made under the influence of financial incentives offered by Pulmonx—the manufacturer of the very medical device to be implanted in the patient. But, such improper financial incentives are exactly what is happening in this case.

188. Pulmonx has created a costly and elaborate system to funnel a steady flow of valuable, cost-free patients to the hospitals and pulmonologists who agree to join the Company's illegal arrangement. For the hospitals and pulmonologists, the choice is a simple and stark one: join our system and use our product and you will receive a steady flow of valuable patients who are pre-screened, ready, and waiting for you to perform this profitable procedure on them, all without you having to spend any money, time, or effort to obtain the patients.

189. This is exactly the type of potentially harmful financial incentive the prohibitions of the AKS are meant to address.[99] Not only that, the doctors and hospitals who enter into Pulmonx's arrangement are under tremendous pressure to perform the procedure on as many of

---

[99] "When physicians have a financial incentive to refer, this incentive can affect utilization, patient choice, and competition. Physicians can overutilize by ordering items and services for patients that, absent a profit motive, they would not have ordered. A patient's choice can be affected when physicians steer patients to less convenient, lower quality, or more expensive providers of health care, just because the physicians are sharing profits with, or receiving remuneration from, the providers. And lastly, where referrals are controlled by those sharing profits or receiving remuneration, the medical marketplace suffers since new competitors can no longer win business with superior quality, service, or price." *Medicare and Medicaid Programs; Physicians' Referrals to Health Care Entities With Which They Have Financial Relationships*, 63 Fed. Reg. 1659, 1662 (Jan. 9, 1998).

COMPLAINT – FILED UNDER SEAL AND IN       78       CASE NO.
CAMERA PURSUANT TO 31 U.S.C. § 3730(b)

the patients that Pulmonx sends them as possible so that the steady stream of patients will continue. The financial incentive is not simply to perform the procedure once and the doctors and hospitals will make a certain amount of money and that is it. On the contrary, once the hospitals and doctors are in the Pulmonx system, the financial incentives and pressure are strong to keep doing more and more procedures on as many patients as possible to keep the flow of patients and money coming.

## THE PARTICULAR FALSE CLAIMS

190.    Each claim for reimbursement for a Zephyr Valve procedure—and related assessments, services, and inpatient hospital stays—submitted by hospitals and doctors to CMS is tainted by Pulmonx's kickback scheme described herein. As a result, each claim related to a Zephyr Valve procedure was a false claim for the purposes of the FCA and its state-law equivalents.

191.    Further, 75% of Pulmonx's business is paid for by Medicare or Medicaid. Accordingly, Relator has alleged reliable indicia that false claims have been submitted in connection with Pulmonx's kickback scheme.

## NO PUBLIC DISCLOSURE BAR

192.    The FCA's "public disclosure bar" provides that "[t]he court shall dismiss an action or claim under this section, unless opposed by the Government, if substantially the same allegations or transactions as alleged in the action or claim were publicly disclosed . . . (i) in a Federal criminal, civil, or administrative hearing in which the Government or its agent is a party; (ii) in a congressional, Government Accountability Office, or other Federal report, hearing, audit, or investigation; or (iii) from the news media, unless the action is brought by the Attorney General or the person bringing the action is an original source of the information." 31 U.S.C. § 3730(e)(4)(A). The FCA's "public disclosure bar" does not apply to this action or to Relator's claims alleged in this Complaint.

193.    *First*, the "allegations [and] transactions" set forth in this Complaint have not been previously disclosed to the public or the Government in any fashion, much less in any "hearing" or "report" or in any "news media." 31 U.S.C. § 3730(e)(4). In that regard, many of the factual

allegations in this Complaint come only from *internal* Company documents—including internal PowerPoint presentations and internal emails—that never have been disclosed to the public and were not disclosed to the Government until Relator provided that information to the Government confidentially in connection with the initiation of this action. For example, the internal documents discussed above in this Complaint include a January 17, 2021 internal email from Conor McGuire, ¶ 140; a January 29, 2021 internal email from David Renzi, ¶ 139; a September 2019 internal PowerPoint presentation, ¶ 105; a January 25, 2021 internal email from William Long, Director, Product Marketing, ¶ 141; a March 8, 2021 internal email from Conor McGuire, ¶ 142; a 2020 internal PowerPoint presentation describing Pulmonx's "Roadmap to Build Referral Pipeline," ¶¶ 143-145; a December 11, 2020 internal email from David Renzi, ¶ 151; an internal Pulmonx PowerPoint presentation used at Pulmonx's January 2021 "Global Sales Meeting" describing the Company's "Datamining Best Practices," ¶ 152, and the Company's "Work-Up Center Onboarding Process," ¶ 173; a December 2020 internal PowerPoint describing Pulmonx's "Body Box Protocol," ¶¶ 155-159; an internal Pulmonx sales presentation titled "Patient Education Seminar[:] Driving Patients to the Treating Center," ¶ 164-168; and an internal PowerPoint presentation discussing Pulmonx's "2021 H1 Sales Contest," ¶ 184-185. Likewise, many of the factual allegations in this Complaint come from Relator's personal knowledge gained from his first-hand experience as a Pulmonx Territory Manager from January 2019 until May 31, 2021.

194. ***Second***, even if it could be argued that some underlying factual detail or aspect of the "allegations [and] transactions" set forth in this Complaint were previously disclosed to the public or the government, such information is not "substantially the same allegations or transactions as alleged" in this Complaint. 31 U.S.C. § 3730(e)(4)(A). In that regard, the public disclosure bar is only applicable where "the content of the disclosure consisted of the 'allegations or transactions' giving rise to the relator's claim, as opposed to 'mere information.'" *United States ex rel. A-1 Ambulance Servs., Inc. v. California*, 202 F.3d 1238, 1243 (9th Cir. 2000). The Ninth Circuit has "interpreted 'allegation' to refer to a direct claim of fraud, and 'transaction' to refer to facts from which *fraud* can be inferred." *United States ex rel. Mateski v. Raytheon Co.*, 816 F.3d 565, 571 (9th Cir. 2016) (emphasis added). Here, while the portion of the Complaint

describing the "Background on Pulmonx, Its Products, and Its Business Model" (*see* §§ XI.-XVI., *supra*) (alleging the Company's revenues; that 75% of Zephyr patients are covered by Medicare and Medicaid; and that physician referrals account for 80% of sales) includes certain information gathered from publicly available sources, none of those sources include any allegations of *fraud* or any facts from which fraud could be inferred. Rather, to Relator's knowledge, this Complaint is the first time such allegations of fraud have ever been raised against Pulmonx.[100]

195. This Complaint's allegations of fraud rely on information taken from the Company's internal documents and Relator's first-hand experience as a Company insider, which are set forth in the part of the Complaint describing "the Company's Kickback Scheme" (*see* § XVII., *supra*). For example, it is only through internal documents that the Complaint alleges that Pulmonx's sales reps discussed "funneling" patients to doctors, as illustrated by the internal PowerPoint presentation discussing how the Body Box Protocol enabled sales reps to put "weekly identified patients in the Zephyr folder and directly onto a [doctor's] desk" and that "identified [PFT] patients [were] emailed directly to [another doctor] . . . on a weekly basis" and "*funneled into [that doctor's] program!*" *See* § XVII.C, *supra*.

196. Indeed, Pulmonx's public statements about its business were arguably false and misleading by their failure to disclose its illegal kickback practices. For example, while Pulmonx publicly touted its generic goal of "[i]ncreas[ing] referral network activity," ¶ 146, it was only privately—in the internal documents and communications discussed herein—that Pulmonx employees acknowledge that the Company was accomplishing this through a panoply of inappropriate tactics such as datamining patient medical records, free advertising assistance, free practice development, free practice support, free diagnostic services, free patient outreach services, free market development support to health care providers, free PES, and other substantial

---

[100] *See Mark ex rel. United States v. Shamir USA, Inc.*, No. 20-56280, 2022 WL 327475, at *2 (9th Cir. Feb. 3, 2022) ("We have explained the dangers of allowing a generalized description of a program that could give rise to fraud in public documents to prevent the pursuit of legitimate fraud" and holding that "[e]ven assuming that the websites on which the announcements were made constitute news media, the information disseminated was so innocuous that there was no public disclosure of a transaction or allegation of fraud in the first instance, as required under the FCA.").

financial assistance to doctors and hospitals to drive what the Company internally called its "patient funnels."

197. ***Third***, while the Complaint includes certain information gathered from publicly available sources, many of those sources do not qualify as the sort of "hearing," "report," or "news media" enumerated in 31 U.S.C. § 3730(e)(4)(A). In that regard, the Complaint quotes certain transcripts of Pulmonx executives speaking at conferences for investors in the healthcare industry (e.g., the Canaccord Genuity's 41st Annual Growth Conference, ¶¶ 89, 102, 104; the Stifel Virtual Healthcare Conference, ¶¶ 101, 113, 121; and the Morgan Stanley 19th Annual Global Healthcare Conference, ¶¶ 103, 113, 122-125), but those transcripts are not easily accessible on the Internet, were obtained by Relator's counsel from a paid subscription service, and thus cannot reasonably be considered "news media" (and clearly are not "hearings" or "reports") under Section 3730(e)(4)(A). And while transcripts of Pulmonx's quarterly earnings calls can be located on the Internet, such transcripts also do not qualify as "news media," "hearings," or "reports" under Section 3730(e)(4)(A). Likewise, the Complaint cites several scholarly medical articles (*see* ¶¶ 99, 107, 118, 131, 161) that similarly cannot be considered as "news media," "hearings," or "reports" under Section 3730(e)(4)(A). And even if any of these materials were deemed sources covered by Section 3730(e)(4)(A), none of them include any allegations of fraud or facts from which fraud could be inferred.

198. ***Fourth***, even if substantially the same allegations or transactions as alleged in this Complaint were publicly disclosed, Relator is an "original source" as defined in 31 U.S.C. § 3730(e)(4)(B). Relator has knowledge that is independent of and materially adds to any publicly disclosed allegations or transactions. Relator voluntarily provided the information to the Government before filing this action.

## CLAIMS FOR RELIEF

### COUNT ONE
**(Federal False Claims Act, 31 U.S.C. § 3729 *et seq.*)**

199. This is a civil action by Relator, acting on behalf of and in the name of the United States, against Pulmonx under the FCA, 31 U.S.C. § 3729 *et seq.*

200.    Relator realleges and incorporates by reference the foregoing paragraphs as though fully set forth herein.

201.    Pulmonx has knowingly caused to be presented false or fraudulent claims for payment by the United States, in violation of 31 U.S.C. § 3729(a)(1)(A).

202.    Pulmonx has knowingly caused to be made or used false or fraudulent records has knowingly caused to be made or used false or fraudulent records or statements material to false or fraudulent claims to be paid or approved by the United States, in violation of 31 U.S.C. § 3729(a)(1)(B).

203.    The claims, records, and statements that Pulmonx caused to be presented, made, and/or used were false or fraudulent because they were presented, or caused to be presented, to obtain payment for Zephyr Valve devices and related products, procedures, assessments, services, and inpatient hospital stays that were knowingly the result of violations of the AKS as part of the fraudulent practice-building and patient-referral kickback scheme described above. *See* 42 U.S.C. § 1320a-7b(g).

204.    Because of Pulmonx's conduct, the United States has suffered substantial damages, the exact amount of which is to be determined at trial.

## COUNT TWO
### (Alaska Medical Assistance False Claim and Reporting Act, Alaska Stat. Ann. § 09.58.110 *et seq.*)

205.    Relator realleges and incorporates by reference the foregoing paragraphs as though fully set forth herein.

206.    Based on the foregoing allegations, Pulmonx is liable under Alaska Stat. Ann. § 09.58.110, *et seq.*

## COUNT THREE
### (California False Claims Law, Cal. Gov. Code § 12650 *et seq.*)

207.    Relator realleges and incorporates by reference the foregoing paragraphs as though fully set forth herein.

208.    Based on the foregoing allegations, Pulmonx is liable under Cal. Gov. Code § 12650 *et seq.*

COMPLAINT – FILED UNDER SEAL AND IN          83          CASE NO.
CAMERA PURSUANT TO 31 U.S.C. § 3730(b)

## COUNT FOUR
**(California Insurance Frauds Prevention Act, Cal. Ins. Code§ 1871 *et seq.*)**

209.    Relator realleges and incorporates by reference the foregoing paragraphs as though fully set forth herein.

210.    As alleged herein, Pulmonx engaged in a practice-building and patient-referral kickback scheme that caused the submission of false claims to private insurers in violation of Cal. Ins. Code § 1871.7(b) and Cal. B & P Code § 650(a).

211.    As alleged herein, Pulmonx employed "runners, cappers, steerers or other persons to procure clients or patients . . . to perform or obtain services or benefits under a contract of insurance," which induced the prescribing and dispensing of Pulmonx goods or services destined to "be the basis for a claim against an insured individual or his or her insurer" in violation of Cal. Ins. Code § 1871.7(a) and Cal. B & P Code § 650(a).

212.    Through its provision of practice-building and patient-referral kickbacks, Pulmonx knowingly prepared, made, and/or subscribed a writing, with the intent to present or use it, or allow it to be presented, in support of false and/or fraudulent claims in violation of Cal. Ins. Code § 1871.7(b) and Cal. Penal Code § 550(a)(5).

213.    Through its provision of practice-building and patient-referral kickbacks, Pulmonx also knowingly made or caused to be made false or fraudulent claims for the payment of a health care benefit in violation of Cal. Ins. Code § 1871.7(b) and Cal. Penal Code § 550(a)(6).

214.    Through its provision of practice-building and patient-referral kickbacks, Pulmonx presented or caused to be presented written and/or oral statements as part of, or in support of, claims "against an insured individual or his or her insurer," knowing that the statements contained false and/or misleading information concerning one or more material facts in violation of Cal. Ins. Code § 1871.7(a), (b) and Cal. Penal Code § 550(b)(1).

215.    Through its provision of practice-building and patient-referral kickbacks, Pulmonx made or caused to be made written and/or oral statements that were intended to be represented in connection with, or in support of, claims "against an insured individual or his or her insurer," knowing that the statements contained false or misleading information concerning

COMPLAINT – FILED UNDER SEAL AND IN                84                CASE NO.
CAMERA PURSUANT TO 31 U.S.C. § 3730(b)

one or more material facts in violation of Cal. Ins. Code § 1871.7(a), (b) and Cal. Penal Code § 550(b)(2).

## COUNT FIVE
**(Colorado Medicaid False Claims Act, Col. Rev. Stat. §§ 25.5-4-303.5 through 25.5-4-310)**

216.    Relator realleges and incorporates by reference the foregoing paragraphs as though fully set forth herein.

217.    Based on the foregoing allegations, Pulmonx is liable under Col. Rev. Stat. § 25.5-4-303.5 *et seq.*

## COUNT SIX
**(Connecticut False Claims Act, Conn. Gen. Stat. § 4-274 *et seq.*)**

218.    Relator realleges and incorporates by reference the foregoing paragraphs as though fully set forth herein.

219.    Based on the foregoing allegations, Pulmonx is liable under Conn. Gen. Stat. § 4-274 *et seq.*

## COUNT SEVEN
**(Delaware False Claims & Reporting Act, 6 Del. Code § 1201 *et seq.*)**

220.    Relator realleges and incorporates by reference the foregoing paragraphs as though fully set forth herein.

221.    Based on the foregoing allegations, Relator is liable under the Delaware False Claims & Reporting Act, 6 Del. Code §1201 *et seq.*

## COUNT EIGHT
**(District of Columbia False Claims Act, D.C. Code § 2-381.01 *et seq.*)**

222.    Relator realleges and incorporates by reference the foregoing paragraphs as though fully set forth herein.

223.    Based on the foregoing allegations, Relator is liable under D.C. Code § 2-308.01 *et seq.*

COMPLAINT – FILED UNDER SEAL AND IN          85          CASE NO.
CAMERA PURSUANT TO 31 U.S.C. § 3730(b)

**COUNT NINE**
**(Florida False Claims Act, Fla. Stat. § 68.081 *et seq.*)**

224.    Relator realleges and incorporates by reference the foregoing paragraphs as though fully set forth herein.

225.    Based on the foregoing allegations, Pulmonx is liable under Fla. Stat. § 68.081 *et seq.*

**COUNT TEN**
**(Georgia State False Medicaid Claims Act, Ga. Code Ann. § 49-4-168 *et seq.*)**

226.    Relator realleges and incorporates by reference the foregoing paragraphs as though fully set forth herein.

227.    Based on the foregoing allegations, Pulmonx is liable under the Georgia State False Medicaid Claims Act, Ga. Code Ann. § 49-4-168 *et seq.*

**COUNT ELEVEN**
**(Hawaii False Claims Law, HRS § 661-21 *et seq.*)**

228.    Relator realleges and incorporates by reference the foregoing paragraphs as though fully set forth herein.

229.    Based on the foregoing allegations, Pulmonx is liable under the Hawaii False Claims Law, HRS § 661-21 *et seq.*

**COUNT TWELVE**
**(Illinois Whistleblower Reward & Protection Act, 740 ILCS 175/1 *et seq.*)**

230.    Relator realleges and incorporates by reference the foregoing paragraphs as though fully set forth herein.

231.    Based on the foregoing allegations, Pulmonx is liable under the Illinois Whistleblower Reward & Protection Act, 740 ILCS 175/1 *et seq.*

**COUNT THIRTEEN**
**(Illinois Insurance Claims Fraud Prevention Act, 740 ILCS 92/1 *et seq.*)**

232.    Relator realleges and incorporates by reference the foregoing paragraphs as though fully set forth herein.

233. Based on the foregoing allegations, Pulmonx is liable under the Illinois Insurance Claims Fraud Prevention Act, 740 ILCS 92/1 *et seq.*

**COUNT FOURTEEN**
**(Indiana False Claims & Whistleblower Protection Law,**
**Ind. Code § 5-11-5.5-1 *et seq.* (2005))**

234. Relator realleges and incorporates by reference the foregoing paragraphs as though fully set forth herein.

235. Based on the foregoing allegations, Pulmonx is liable under the Indiana False Claims & Whistleblower Protection Law, Ind. Code § 5-11-5.5-1 *et seq.*

**COUNT FIFTEEN**
**(Iowa False Claims Act, Iowa Code § 685.1 *et seq.*)**

236. Relator realleges and incorporates by reference the foregoing paragraphs as though fully set forth herein.

237. Based on the foregoing allegations, Pulmonx is liable under Iowa Code § 685.1 *et seq.*

**COUNT SIXTEEN**
**(La. R.S. 46:438.1 *et seq.*)**

238. Relator realleges and incorporates by reference the foregoing paragraphs as though fully set forth herein.

239. Based on the foregoing allegations, Pulmonx is liable under La. R.S. 46:438.1 *et seq.*

**COUNT SEVENTEEN**
**(Maryland False Health Claims Act, Md. Code Ann. Health-Gen. § 2-601 *et seq.*)**

240. Relator realleges and incorporates by reference the foregoing paragraphs as though fully set forth herein.

241. Based on the foregoing allegations, Pulmonx is liable under the Maryland False Health Claims Act, Md. Code Ann. Health-Gen. § 2-601 *et seq.*

**COUNT EIGHTEEN**
**(Massachusetts False Claims Law, Mass. Gen. Laws Ann. ch. 12 § 5A *et seq.*)**

242.    Relator realleges and incorporates by reference the foregoing paragraphs as though fully set forth herein.

243.    Based on the foregoing allegations, Pulmonx is liable under Massachusetts False Claims Law, Mass. Gen. Laws Ann. ch. 12, § 5A *et seq.*

**COUNT NINETEEN**
**(Michigan Medicaid False Claims Act, Mich. Comp. Laws Ann. § 400.601, *et seq.*)**

244.    Relator realleges and incorporates by reference the foregoing paragraphs as though fully set forth herein.

245.    Based on the foregoing allegations, Pulmonx is liable under the Michigan Medicaid False Claims Act, Mich. Comp. Laws Ann. § 400.601 *et seq.*

**COUNT TWENTY**
**(Minnesota False Claims Act, Minn. Stat. § 15C.01 *et seq.*)**

246.    Relator realleges and incorporates by reference the foregoing paragraphs as though fully set forth herein.

247.    Based on the foregoing allegations, Pulmonx is liable under Minn. Stat. § 15C.01 *et seq.*

**COUNT TWENTY-ONE**
**(Montana False Claims Act, Mont. Code Ann. § 17-8-401 *et seq.*)**

248.    Relator realleges and incorporates by reference the foregoing paragraphs as though fully set forth herein.

249.    Based on the foregoing allegations, Pulmonx is liable under Mont. Code Ann. § 17-8-401 *et seq.*

**COUNT TWENTY-TWO**
**(Nevada Submission of False Claims to State or Local Government Act,**
**Nev. Rev. Stat. Ann. § 357.010 *et seq.*)**

250.    Relator realleges and incorporates by reference the foregoing paragraphs as though fully set forth herein.

251.    Based on the foregoing allegations, Pulmonx is liable under Nev. Rev. Stat. Ann. § 357.010 *et seq.*

## COUNT TWENTY-THREE
### (New Jersey False Claims Act, N.J. Stat. Ann. § 2A:32C-1 *et seq.*)

252.    Relator realleges and incorporates by reference the foregoing paragraphs as though fully set forth herein.

253.    Based on the foregoing allegations, Pulmonx is liable under N.J. Stat. Ann. § 2A:32C-1 *et seq.*

## COUNT TWENTY-FOUR
### (New Mexico Medicaid False Claims Act, N.M. Stat. Ann. § 27-14-1 *et seq.*)

254.    Relator realleges and incorporates by reference the foregoing paragraphs as though fully set forth herein.

255.    Based on the foregoing allegations, Pulmonx is liable under the New Mexico Medicaid False Claims Act, N.M. Stat. Ann. § 27-14-1 *et seq.*

## COUNT TWENTY-FIVE
### (New Mexico Fraud Against Taxpayers Act, N.M. Stat. Ann. § 44-9-1 *et seq.*)

256.    Relator realleges and incorporates by reference the foregoing paragraphs as though fully set forth herein.

257.    Based on the foregoing allegations, Pulmonx is liable under the New Mexico Fraud Against Taxpayers Act, N.M. Stat. Ann. § 44-9-1 *et seq.*

## COUNT TWENTY-SIX
### (New York False Claims Act, N.Y. State Fin. Law, Art. 13, § 187 *et seq.*)

258.    Relator realleges and incorporates by reference the foregoing paragraphs as though fully set forth herein.

259.    Based on the foregoing allegations, Pulmonx is liable under NY State Fin. Law, Art. 13, § 187 *et seq.*

**COUNT TWENTY-SEVEN**
**(North Carolina False Claims Act, N.C. Gen. Stat. Ann. § 1-605 *et seq.*)**

260.    Relator realleges and incorporates by reference the foregoing paragraphs as though fully set forth herein.

261.    Based on the foregoing allegations, Pulmonx is liable under N.C. Gen. Stat. Ann. § 1-605 *et seq.*

**COUNT TWENTY-EIGHT**
**(Oklahoma Medicaid False Claims Act, Okla. Stat. Ann. tit. 63, § 5053.1 *et seq.*)**

262.    Relator realleges and incorporates by reference the foregoing paragraphs as though fully set forth herein.

263.    Based on the foregoing allegations, Pulmonx is liable under Okla. Stat. Ann. tit. 63, § 5053.1 *et seq.*

**COUNT TWENTY-NINE**
**(Rhode Island False Claims Act, R.I. Gen. Laws § 9-1.1-1 *et seq.*)**

264.    Relator realleges and incorporates by reference the foregoing paragraphs as though fully set forth herein.

265.    Based on the foregoing allegations, Pulmonx is liable under R.I. Gen. Laws § 9-1.1-1 *et seq.*

**COUNT THIRTY**
**(Tennessee Medicaid False Claims Act, Tenn. Code Ann. § 71-5-181 *et seq.*)**

266.    Relator realleges and incorporates by reference the foregoing paragraphs as though fully set forth herein.

267.    Based on the foregoing allegations, Pulmonx is liable under the Tennessee Medicaid False Claims Act, Tenn. Code Ann. § 71-5-181 *et seq.*

**COUNT THIRTY-ONE**
**(Texas False Claims Act, Texas Human Resources Code, § 36.001 *et seq.*)**

268.    Relator realleges and incorporates by reference the foregoing paragraphs as though fully set forth herein.

269.    Based on the foregoing allegations, Pulmonx is liable under the Texas False Claims Act, Tex. Hum. Res. Code Ann. § 36.001 *et seq.*

**COUNT THIRTY-TWO**
**(Vermont False Claims Act, Vt. Stat. Ann. tit. 32 § 630 *et seq.*)**

270.    Relator realleges and incorporates by reference the foregoing paragraphs as though fully set forth herein.

271.    Based on the foregoing allegations, Pulmonx is liable under the Vermont False Claims Act, Vt. Stat. Ann. tit. 32, § 630 *et seq.*

**COUNT THIRTY-THREE**
**(Virginia Fraud Against Taxpayers Act, Va. Code Ann. § 8.01-216.1 *et seq.*)**

272.    Relator realleges and incorporates by reference the foregoing paragraphs as though fully set forth herein.

273.    Based on the foregoing allegations, Pulmonx is liable under Va. Code Ann. § 8.01-216.1 *et seq.*

**COUNT THIRTY-FOUR**
**(Washington Health Care False Claims Act, Wash. Rev. Code Ann. § 48.80.010 *et seq.*)**

274.    Relator realleges and incorporates by reference the foregoing paragraphs as though fully set forth herein.

275.    Based on the foregoing allegations, Pulmonx is liable under Wash. Rev. Code Ann. § 48.80.010 *et seq.*

## PRAYER FOR RELIEF

WHEREFORE, Relator prays for the following relief:

A.     On Counts 1 through 34, judgment for the United States and/or the State Plaintiffs, as applicable, against Pulmonx in an amount equal to three times the damages the federal and/or state plaintiff government, respectively, have sustained because of Pulmonx's actions, plus a civil penalty of $11,803-$23,607 (or such other maximum amount as may be provided by law) for each violation;

B.     On Counts 1 through 34, an award to Relator of the maximum allowed under the federal or state law under which suit is brought by the Relator on behalf of the United States and/or State Plaintiffs, respectively;

C.     Against Pulmonx, attorneys' fees, expenses and costs of suit; and

D.     Such other and further relief as the court deems just and proper.

## DEMAND FOR JURY

Pursuant to Fed. R. Civ. P. 38, the Relator hereby demand a trial by jury.

Respectfully submitted,

Dated: May 17, 2022

**KELLER GROVER LLP**
/s/ Kathleen R. Scanlan
Kathleen R. Scanlan (SBN 197529)
1965 Market Street
San Francisco, CA 94103
Tel: (415) 543-1305
Fax: (415) 543-7861
kscanlan@kellergrover.com

William S. Norton
Joshua C. Littlejohn
Meredith B. Weatherby
**MOTLEY RICE LLC**
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
Tel: (843) 216-9000
Fax: (843) 216-9450
bnorton@motleyrice.com
jlittlejohn@motleyrice.com
mweatherby@motelyrice.com

COMPLAINT – FILED UNDER SEAL AND IN          92          CASE NO.
CAMERA PURSUANT TO 31 U.S.C. § 3730(b)

Kirk E. Chapman
**KIRK CHAPMAN LAW LLC**
415 East 37th St. #29K
New York, NY 10016
Tel: (917) 742-0402
kirkchapmanlaw@gmail.com

Daniel J. Ocasio
**THE DANIEL J. OCASIO**
**WHISTLEBLOWER LAW GROUP**
660 North Capitol Street NW, 7th Floor
Washington, DC 20001
Tel: (202) 926-3235
docasio@djolawgroup.com

*Counsel for Relator*

COMPLAINT – FILED UNDER SEAL AND IN      93            CASE NO.
CAMERA PURSUANT TO 31 U.S.C. § 3730(b)