KATHLEEN R. SCANLAN (SBN 197529)
kscanlan@kellergrover.com
**KELLER GROVER LLP**
1965 Market Street
San Francisco, CA 94103
Telephone: (415) 543-1305
Facsimile: (415) 543-7861

[Additional Counsel for Relator Listed on Signature Page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* LARRY GENE NICKELL, JR.,<br><br>Plaintiffs,<br><br>v.<br><br>PULMONX CORPORATION,<br><br>Defendant. | Case No.: 3:22-cv-02924-EMC<br><br>**NOTICE OF VOLUNTARY DISMISSAL**<br><br>FRCP Rule 41(a)(1)(A) |

# NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure and to the qui tam provisions of the False Claims Act, 31 U.S.C. § 3730(b)(1), Relator Larry Gene Nickell, Jr. ("Relator"), hereby gives his notice of voluntary dismissal of all claims asserted in this action against Defendant Pulmonx Corporation ("Pulmonx"). Relator and Pulmonx agree the Complaint shall be dismissed with prejudice to the Relator as to all claims and without prejudice to the United States and the Plaintiff States.

Pursuant to 31 U.S.C. §3730(b)(1) of the False Claims Act and to the analogous provisions of the relevant Plaintiff States' statutes, the voluntary dismissal of this action is subject to the consent of the United States and the Plaintiff States.

Dated: December 18, 2025

**KELLER GROVER LLP**

*/s/ Kathleen R. Scanlan*
Kathleen R. Scanlan (SBN 197529)
1965 Market Street
San Francisco, CA 94103
Tel: (415) 543-1305
Fax: (415) 543-7861
kscanlan@kellergrover.com

Kirk E. Chapman
**KIRK CHAPMAN LAW LLC**
415 East 37th St. #29K
New York, NY 10016
Tel: (917) 742-0402
kirkchapmanlaw@gmail.com

Daniel J. Ocasio
**THE DANIEL J. OCASIO WHISTLEBLOWER LAW GROUP**
660 North Capitol Street NW, 7th Floor
Washington, DC 20001
Tel: (202) 926-3235
docasio@djolawgroup.com

*Counsel for Relator*