BRETT A. SHUMATE
Assistant Attorney General

CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
SAVITH IYENGAR (CABN 268342)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7200
Facsimile: (415) 436-6748
savith.iyengar@usdoj.gov

JAMIE ANN YAVELBERG
NATALIE A. WAITES
DAVID G. MILLER
Attorneys, Civil Division

United States Department of Justice
175 N St. N.E.
Washington, D.C. 20002
Tel: (202) 305-3231 Fax: (202) 616-3085
E-mail: david.g.miller@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, *ex rel.* LARRY GENE NICKELL, JR.,<br><br>Plaintiffs-Relator,<br><br>v.<br><br>PULMONX CORPORATION,<br><br>Defendant. | CASE NO. 3:22-cv-02924-EMC<br><br>**NOTICE OF CONSENT TO DISMISSAL BY THE UNITED STATES OF AMERICA AND PLAINTIFF STATES**<br><br>**<u>FILED UNDER SEAL</u>** |

On December 18, 2025, Relator Larry Gene Nickell, Jr. ("Relator") filed a Notice of Voluntary Dismissal of this action. ECF No. 49. Pursuant to the federal False Claims Act, 31 U.S.C. § 3730(b)(1), and similar statutes in the States of Alaska, California, Colorado, Connecticut, Delaware, Florida, Georgia, Hawaii, Illinois, Indiana, Iowa, Louisiana, Michigan, Minnesota, Montana, Nevada, New

Jersey, New Mexico, New York, North Carolina, Oklahoma, Rhode Island, Tennessee, Texas, Vermont, and Washington, the Commonwealths of Massachusetts and Virginia, and the District of Columbia (“Plaintiff States”), the United States of America (“United States”) and the Plaintiff States hereby notify the Court that the Attorneys General of the United States and Plaintiff States consent to the dismissal of this action without prejudice to the rights of the United States or Plaintiff States, based on their determination that such a dismissal is commensurate with the public interest and the matter does not warrant the continued expenditure of government resources to pursue or monitor the action based on currently available information.[1]

The United States and Plaintiff States respectfully request that the Relator’s Complaint, the Relator’s Notice of Voluntary Dismissal, this Notice, the attached Proposed Order, and all subsequent filings in this action be unsealed. The United States and Plaintiff States respectfully request that all other papers on file in this action remain under seal because in discussing the content and extent of the United States’ and Plaintiff States’ investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

A proposed order accompanies this notice.

///

///

[1] While the United States and Plaintiff States file this notice jointly, the United States does not represent the Plaintiff States and files this notice jointly at the Plaintiff States’ request.

Respectfully submitted,

DATED: December 19, 2025

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Savith Iyengar*
SAVITH IYENGAR
Assistant United States Attorney

JAMIE ANN YAVELBERG
NATALIE A. WAITES
DAVID G. MILLER
United States Department of Justice
Attorneys, Civil Division

Attorneys for the United States

DATED: December 19, 2025

ROB BONTA
Attorney General of the State of California

***/s/ Darnell Donahue*
DARNELL DONAHUE
Deputy Attorney General
Attorneys for the State of California
On behalf of the Plaintiff States

DATED: December 19, 2025

CALIFORNIA DEPARTMENT OF INSURANCE

***/s/ Michelle Perz*
MICHELLE PERZ
Attorneys for the California Department of Insurance

** Pursuant to Civ. L.R. 5-1(i)(3), the filer of this document has obtained approval from this signatory.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, *ex rel.* LARRY GENE NICKELL, JR., Plaintiffs-Relator, v. PULMONX CORPORATION, Defendant. | CASE NO. 3:22-cv-02924-EMC **[PROPOSED] ORDER** |

Relator Larry Gene Nickell, Jr. ("Relator"), having filed a Notice of Voluntary Dismissal of this action, and the United States of America ("United States") and States of Alaska, California, Colorado, Connecticut, Delaware, Florida, Georgia, Hawaii, Illinois, Indiana, Iowa, Louisiana, Michigan, Minnesota, Montana, Nevada, New Jersey, New Mexico, New York, North Carolina, Oklahoma, Rhode Island, Tennessee, Texas, Vermont, and Washington, the Commonwealths of Massachusetts and Virginia, and the District of Columbia ("Plaintiff States") having filed their Notice of Consent to Dismissal pursuant to the federal False Claims Act, 31 U.S.C. § 3730(b)(1) and similar statutes in the Plaintiff States, the Court rules as follows:

IT IS HEREBY ORDERED THAT:

1. This action is dismissed with prejudice as to Relator and without prejudice as to the United States and the Plaintiff States;

2. The seal shall be lifted upon Relator's Complaint, Relator's Notice of Voluntary Dismissal, the United States' and Plaintiff States' Notice of Consent to Dismissal, this Order, and any subsequent filings in this case. All other contents of the Court's file in this action shall remain under seal and not be made public.

IT IS SO ORDERED.

DATED: December ___, 2025

________________________________

HON. EDWARD M. CHEN
United States District Judge