UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, *ex rel.* LARRY GENE NICKELL, JR.,<br><br>    Plaintiffs-Relator,<br><br>    v.<br><br>PULMONX CORPORATION,<br><br>    Defendant. | CASE NO. 3:22-cv-02924-EMC<br><br>[~~PROPOSED~~] ORDER |

Relator Larry Gene Nickell, Jr. ("Relator"), having filed a Notice of Voluntary Dismissal of this action, and the United States of America ("United States") and States of Alaska, California, Colorado, Connecticut, Delaware, Florida, Georgia, Hawaii, Illinois, Indiana, Iowa, Louisiana, Michigan, Minnesota, Montana, Nevada, New Jersey, New Mexico, New York, North Carolina, Oklahoma, Rhode Island, Tennessee, Texas, Vermont, and Washington, the Commonwealths of Massachusetts and Virginia, and the District of Columbia ("Plaintiff States") having filed their Notice of Consent to Dismissal pursuant to the federal False Claims Act, 31 U.S.C. § 3730(b)(1) and similar statutes in the Plaintiff States, the Court rules as follows:

IT IS HEREBY ORDERED THAT:

1. This action is dismissed with prejudice as to Relator and without prejudice as to the United States and the Plaintiff States;

2. The seal shall be lifted upon Relator's Complaint, Relator's Notice of Voluntary Dismissal, the United States' and Plaintiff States' Notice of Consent to Dismissal, this Order, and any subsequent filings in this case. All other contents of the Court's file in this action shall remain under seal and not be made public.

IT IS SO ORDERED.

DATED: December  22 , 2025

_____
HON. EDWARD M. CHEN
United States District Judge

[~~PROPOSED~~] ORDER
No. 3:22-cv-02924-EMC                                                                                                    1